IH-32                                                                                        Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

## Full Caption of Later Filed Case:

Jane Doe, individually and on behalf of all
others similarly situated,

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | |
| Bank of America, N.A. | |
| Defendant | |

## Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Jane Doe 1, individually and on behalf of
all others similarly situated,

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:22-cv-10019-JSR |
| Doe 1 v. JP Morgan Chase & Co. | |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

✓  Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☐  Open       (If so, set forth procedural status and summarize any court rulings.)

Settlement, no appeal pending. See Doe 1 v. JP Morgan Chase & Co., Case No. 1:22-cv-10019-JSR; see also Doe 1 v. Deutsche Bank Aktiengesellschaft et al, Case No. 1:22-cv-10018-JSR (related case against Deutsche Bank) (same).  Another related case, Government of the United States Virgin Islands v. JPMorgan Chase Bank, N.A., Case No. 1:22-cv-10904-JSR, while also closed due to settlement with no appeal pending, currently has pending briefing before the Honorable Jed S. Rakoff relating to the unsealing of several docket-entries (the subject-matter of which relates to the instant case, as explained further below). See id. at, e.g., ECF Nos. 370–376.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The earlier-filed case against financial institution JP Morgan and related case against financial institution Deutsche Bank are both like the present matter because they are brought under the same statute (the TVPA) against another financial institution that played a critical role in the Jeffrey Epstein sex-trafficking enterprise. There are substantially similar parties, transactions, and events involved, and substantial duplication of effort and expense would occur if the cases were to be deemed to be unrelated. Like the JPM/DB cases, the defendant in the newly filed case is a bank that was integrally involved in the financial aspects of the sex-trafficking venture – actions key to the allegations that the defendants violated the TVPA and New York statutes. Cash and wire payments to victims as well as bank accounts for various legal entities used to pay for victims' travel and lodging were crucial fact patterns developed in the previous banking cases that will be similarly important in the present matter. All of these cases involve overlapping issues regarding Epstein's banks' participation in a criminal enterprise. Witnesses in all of these cases will be testifying regarding similar events and facts. Plaintiffs in the JPM/DB cases alleged the banks provided the access to cash and other banking services necessary for Epstein's illegal sex trafficking venture--Plaintiff in the present matter alleges the same against this defendant banking institution. All of these cases involve the same sex trafficking organization and the same key players in the organization— and, ultimately, the issue of responsibilities to victims for roles as enablers of one of the worst sex criminals in modern history.  Presently, in the USVI's case against JPM, Judge Rakoff has before him a request to unseal several docket-entries concerning Epstein-related financial records which are at the heart of Plaintiff's case against this defendant.

Signature:  /s/ David Boies                    Date: 10/15/2025

                Boies Schiller Flexner LLP

Firm:  _____