UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Bank of America, N.A., <br><br> Defendant. | Case No.: 1:25-cv-08520 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

Upon the motion of Plaintiff for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Proceed Anonymously is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE
10-16-25

Dated: October 16, 2025