```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------x
JANE DOE, individually and on behalf :
of all others similarly situated,    :
                                           :
    Plaintiff,                       :
                                           : 25-cv-8520 (JSR)
       -v-                        :
                                           :
BANK OF AMERICA, N.A.,               :
    Defendant.                      :
------------------------------------x
JANE DOE, individually and on behalf :
of all others similarly situated,    :
    Plaintiff,                       :
                                           : 25-cv-8525 (JSR)
       -v-                        :
THE BANK OF NEW YORK MELLON CORP.,   :
    Defendant.                      :
------------------------------------x

ORDER

JED S. RAKOFF, U.S.D.J.:

On consent of all parties, the above-captioned cases are hereby consolidated for all pre-trial purposes.

SO ORDERED.

New York, New York
October **27**, 2025

                                                  JED S. RAKOFF, U.S.D.J.

1