UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jane Doe, individually and on behalf of all similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 25-cv-8520 (JSR) |
| Bank of America, N.A., | ) ) ) | |
| Defendant. | ) ) | |
| Jane Doe, individually and on behalf of all similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 25-cv-8525 (JSR) |
| The Bank of New York Mellon Corp., | ) ) ) | |
| Defendant. | ) ) | |

### BANK OF AMERICA, N.A.'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A. hereby respectfully requests that the Court dismiss all claims in the Complaint. The reasons in support of Defendant's Motion are set forth in the attached Memorandum of Law. Pursuant to this Court's October 27, 2025 Order, this Motion to Dismiss the Complaint is being submitted by November 13, 2025. Dkt. No. 28 at 2. Pursuant to that same Order, Plaintiff's answering papers are due by December 1, 2025, and Defendant's reply papers are due by December 8, 2025. *Id.* The Court has scheduled oral argument on December 15, 2025, at 4:00 p.m. *Id.*

Respectfully submitted,

Dated: November 13, 2025

|  |  |
|---|---|
|  | */s/ Charlotte H. Taylor* |
| Bethany K. Biesenthal | Charlotte H. Taylor |
| Paula Quist | JONES DAY |
| Shea F. Spreyer | 51 Louisiana Ave, N.W. |
| Carol T. Li | Washington, D.C. 20001 |
| JONES DAY | (202) 879-3939 |
| 110 North Wacker Drive | ctaylor@jonesday.com |
| Suite 4800 |  |
| Chicago, IL 60606 |  |
| (312) 782-3939 |  |

*Counsel for Bank of America, N.A.*