# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>     Defendant. | Case No. 25-cv-08520-JSR<br><br>**<u>NOTICE OF APPEARANCE</u>** |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>     Defendant. | Case No. 25-cv-08525-JSR |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as counsel in this action for Bank of America, N.A. I certify that I am admitted to practice in this court.

Dated: New York, New York
   November 25, 2025

Respectfully submitted,

*/s/ Amanda L. Dollinger*
Amanda L. Dollinger
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: (212) 326-3475
Email: adollinger@jonesday.com

*Attorney for Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I, Amanda L. Dollinger, certify that on November 25, 2025, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                            */s/ Amanda L. Dollinger*
                                            Amanda L. Dollinger