UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>      Defendant. | Case No. 25-cv-08520-JSR<br><br>**NOTICE OF APPEARANCE** |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>      Defendant. | Case No. 25-cv-08525-JSR |

  PLEASE TAKE NOTICE that the undersigned attorney, Rachael Schafer, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe, individually and on behalf of all others similarly situated, in the above-captioned proceeding.

Dated: New York, New York
   December 1, 2025

                     BOIES SCHILLER FLEXNER LLP

             By: */s/ Rachael Schafer*
                Rachael Schafer
                Boies Schiller Flexner LLP
                55 Hudson Yards
                New York, NY 10001
                Tel: (212) 446-2300
                Fax: (212) 446-2350
                Email:  rschafer@bsfllp.com

                *Attorney for Plaintiff Jane Doe,*
                *individually and on behalf of all*
                *others similarly situated*