**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jane Doe, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>Defendant. | Case No. 25-cv-8520 (JSR) |
| Jane Doe, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corp.,<br><br>Defendant. | Case No. 25-cv-8525 (JSR) |

**NOTICE OF INTENT TO REQUEST REDACTION**

PLEASE TAKE NOTICE that, in accordance with the Notice of Filing of Official Transcript dated December 30, 2025 (ECF No. 54), Defendant Bank of America, N.A. will submit by January 20, 2026, a motion to redact portions of the transcript of the Conference held on December 15, 2025 (ECF No. 53).

Respectfully submitted,

Dated: January 6, 2026

*/s/ Charlotte H. Taylor*__

Charlotte H. Taylor
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
(202) 879-3939
ctaylor@jonesday.com

Bethany K. Biesenthal
Paula S. Quist
Shea F. Spreyer
Carol T. Li
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(312) 782-3939

Amanda L. Dollinger
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939

*Counsel for Bank of America, N.A.*