UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 25-cv-8520 (JSR) |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>    Defendant. | Case No. 25-cv-8525 (JSR) |

**DECLARATION OF ANDREW VILLACASTIN**

I, Andrew Villacastin, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Boies Schiller Flexner LLP, counsel for Jane Doe, individually and on behalf of all others similarly situated in this action. The statements in the Declaration are based on my personal knowledge.

2. I submit this Declaration in support of Jane Doe's Supplemental Brief in Support of Plaintiff's Amended Complaint Against Bank of America, N.A.

3. Attached as Exhibit A to this Declaration is a true and correct copy of Defendant

1

Bank of America, N.A.'s First Supplemental Interrogatory Responses and Objections to Plaintiff's First Set of Interrogatories dated December 3, 2025.

    4.    Attached as Exhibit B to this Declaration is a true and correct copy of ▮▮▮▮▮, which was produced in this action.

    5.    Attached as Exhibit C to this Declaration is a true and correct copy of ▮▮▮▮▮, which was produced in this action.

    6.    Attached as Exhibit D to this Declaration is a true and correct copy of ▮▮▮▮▮, which was produced in this action.

    7.    Attached as Exhibit E to this Declaration is a true and correct copy of ▮▮▮▮▮, which was produced in this action.

    8.    Attached as Exhibit F to this Declaration is a true and correct copy of ▮▮▮▮▮, which was produced in this action.

    9.    Attached as Exhibit G to this Declaration is a true and correct copy of a Letter from U.S. Representative Jamie Raskin to Brian Moynihan, Chief Executive Officer of Bank of America, dated October 8, 2025.

    10.    Attached as Exhibit H to this Declaration is a true and correct copy of a Letter from U.S. Senator Ron Wyden to Leon Black dated July 24, 2023.

    11.    Attached as Exhibit I to this Declaration is a true and correct copy of the Financial

Crimes Enforcement Network's Guidance on Preparing A Complete and Sufficient Suspicious Activity Report Narrative dated November 2003.

Dated: January 20, 2026                                Respectfully submitted,

 

_____
Andrew Villacastin
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: avillacastin@bsfllp.com

*Counsel for Plaintiff Jane Doe*

3