```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ---------------------------------------x<br>JANE DOE, individually and on behalf<br>of all others similarly situated,<br><br>    Plaintiff,<br><br>       -v-<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant.<br>---------------------------------------x<br>JANE DOE, individually and on behalf<br>of all others similarly situated,<br><br>    Plaintiff,<br><br>       -v-<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>    Defendant.<br>---------------------------------------x | ORDER<br><br><br><br><br>25-cv-8520 (JSR)<br><br><br><br><br><br><br><br><br><br><br>25-cv-8525 (JSR) |

JED S. RAKOFF, U.S.D.J.:

    In these two putative class actions, which the Court has consolidated on consent for pretrial purposes, pseudonymous plaintiffs allege that two major financial institutions -- Bank of America, N.A. ("Bank of America") and The Bank of New York Mellon Corporation ("BNY") -- knowingly participated in, and benefited from, the sex trafficking enterprise masterminded by Jeffrey Epstein. Before the Court are Bank of America's motion to dismiss the amended complaint against it, see Doe v. Bank of America, N.A., ECF No. 38, and BNY's motion to dismiss the amended complaint against it, see Doe v. Bank of N.Y. Mellon Corp., ECF No. 29.

1

The motions were fully briefed on December 8, 2025, and the Court held oral argument on December 15, 2025. At the conclusion of oral argument, the Court held defendants' motions to dismiss in abeyance and authorized plaintiffs to amend their complaints, which plaintiffs did on December 29, 2025. Thereafter, the parties supplemented their briefing on the motions to dismiss.

Upon full consideration of the parties' written submissions and the oral argument of counsel on December 15, 2025, the Court hereby grants Bank of America's motion to dismiss Counts Two, Three, Five, and Six asserted in the amended complaint against it but denies Bank of America's motion to dismiss Counts One and Four of the amended complaint. The Court hereby grants BNY's motion to dismiss the amended complaint against it in its entirety. The dismissal of Counts Two, Three, Five, and Six of the amended complaint against Bank of America, and the dismissal of the entirety of the amended complaint against BNY, are with prejudice.

An Opinion setting forth the reasons for these decisions will issue no later than February 13, 2026. Meanwhile, the Clerk of Court is respectfully directed to terminate the motions at docket entry 38 in No. 25 Civ. 8520 and at docket entry 29 in No. Civ. 8525.

SO ORDERED.

New York, New York  
January 29, 2026

_____  
JED S. RAKOFF, U.S.D.J.