UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JANE DOE, individually and on behalf :
of all others similarly situated,   :
                                     :
        Plaintiff,                   :
                                     :          25-cv-8520 (JSR)
           -v-                       :
                                     :
BANK OF AMERICA, N.A.,               :
                                     :
        Defendant.                   :
------------------------------------x

ORDER

JED S. RAKOFF, U.S.D.J.:

On January 29, 2026, plaintiff Jane Doe requested that the Court order defendant Bank of America, N.A. ("Bank of America") to provide a log of the redactions that Bank of America made to certain Suspicious Activity Reports ("SARs") and associated materials that the Court had previously ordered Bank of America to produce to Doe.

Under relevant laws and regulations, SARs are highly confidential documents that are not commonly disclosed without government consent. On November 26, 2025, at plaintiffs' request, the Court solicited the views of relevant federal regulators as to whether Bank of America was prohibited from producing SARs and associated materials to Doe. Exercising their "exemptive authority," the regulators subsequently authorized Bank of America to disclose the requested documents to Doe, subject to certain conditions. On December 9, 2025, the Court granted an application by Bank of America to redact from its production of SARs and associated materials (1) references to individuals with no apparent connection to Jeffrey Epstein's sex trafficking venture, and

1

(2) references to highly personal financial information unrelated to transactions with Epstein. Beginning on December 9, 2025, Bank of America produced SARs and associated materials to Doe. Doe's present application is for an order directing Bank of America to indicate, as to each such redaction, the basis for that redaction.

In evaluating Doe's application, the Court chose a random sample of the documents that Bank of America produced to Doe and ordered Bank of America to produce to the Court, on an ex parte basis and for in camera review, unredacted and redacted versions of that random sample of documents. On February 2, 2026, Bank of America produced to the Court the randomly sampled documents, which include SARs and associated spreadsheets spanning several hundred pages.

The Court has now reviewed the random sample of documents and has determined that Bank of America correctly redacted them in a manner consistent with the Court's order of December 9, 2025. Accordingly, and in light of Bank of America's promise to revisit its redactions and supplement its productions upon receipt or discovery of new relevant information, the Court concludes that there is no reason to believe that any redactions that Bank of America has applied to the SARs and associated materials are improper. The Court therefore denies Doe's request to order Bank of America to produce a redaction log.

SO ORDERED.

New York, New York
February 2, 2026

_____
JED S. RAKOFF, U.S.D.J.

2