UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>    Defendant. | Case No. 25-cv-8520 (JSR) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the parties have conferred over three days regarding Plaintiff's request to withdraw specific allegations in her Amended Complaint filed on December 29, 2025, Dkt. No. 57, in the above-captioned case; and

WHEREAS, Defendant Bank of America, N.A. ("Bank of America") has agreed to withdraw certain Requests for Admission ("RFAs") that pertain to the proposed withdrawn paragraphs in the Amended Complaint;

NOW, THEREFORE, it is stipulated and agreed, subject to the order of this Court, that:

1. Paragraphs 14, 19, 45, 48, 49, 50, 51, 52, 208, 216, 234 will be withdrawn from the Amended Complaint; and

2. Bank of America will withdraw RFAs 230-245, 265, 269, and 286-290; and

3. at Plaintiff's deposition, Bank of America will limit its questions on the topics covered by the withdrawn allegations to those referenced in written agreement between the parties; and

4. Plaintiff will not rely upon the facts identified in the withdrawn paragraphs as a basis for any claim or argument in this case (including, but not limited to, class

certification, expert opinions, summary judgment, or trial) or otherwise to her benefit in any way, including as a basis for damages.

Dated: February 8, 2026                                    Respectfully submitted,

/s/ *Bradley J. Edwards*                                    /s/ *Bethany K. Biesenthal*
David Boies                                                 Bethany K. Biesenthal (*pro hac vice*)
Andrew Villacastin                                          Paula S. Quist (*pro hac vice*)
Rachael Schafer                                             Kristina K. Cercone (*pro hac vice*)
Boies Schiller Flexner LLP                                  Shea F. Spreyer (*pro hac vice*)
55 Hudson Yards                                             Carol T. Li (*pro hac vice*)
New York, NY                                                JONES DAY
Telephone: (212) 446-2300                                   110 North Wacker Drive, Suite 4800
Fax: (212) 446-2350                                         Chicago, IL 60606
Email: dboies@bsfllp.com                                    Telephone: +1.312.782.3939
Email: avillacastin@bsfllp.com                              Facsimile: +1.312.782.8585
Email: rschafer@bsfllp.com                                  bbiesenthal@jonesday.com
                                                            pquist@jonesday.com
Sigrid McCawley                                             kcercone@jonesday.com
Daniel Crispino                                             sfspreyer@jonesday.com
Megan Nyman                                                 cli@jonesday.com
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200                           Charlotte H. Taylor
Fort Lauderdale, FL 33316                                   JONES DAY
Telephone: (954) 356-0011                                   51 Louisiana Avenue, NW
Fax: (954) 356-0022                                         Washington, DC 20001
Email: smccawley@bsfllp.com                                 Telephone: +1.202.879.3939
Email: dcrispino@bsfllp.com                                 Facsimile: +1.202.626.1700
Email: mnyman@bsfllp.com                                    ctaylor@jonesday.com

Bradley J. Edwards                                          Amanda Dollinger
Brittany N. Henderson                                       JONES DAY
Dean Kaire                                                  250 Vesey Street
Edwards Henderson                                           New York, NY 10281
425 N. Andrews Ave., Suite 2                                Telephone: +1.212.326.3939
Fort Lauderdale, FL 33301                                   Facsimile: +1.212.755.7306
Telephone: (954) 524-2820                                   adollinger@jonesday.com
Fax: (954) 524-2822
Email: brad@cvlf.com                                        *Attorneys for Bank of America, N.A.*
Email: brittany@cvlf.com
Email: dean@cvlf.com

*Attorneys for Plaintiff*

SO ORDERED:

_____   2/9/26
Hon. Jed S. Rakoff
United States District Judge