UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>Defendant. | Case No. 25-cv-8520 (JSR) |

**DECLARATION OF CHARLOTTE TAYLOR IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'s OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

I, Charlotte Taylor, declare as follows:

1. I am a member in good standing of the bar of the State of New York and the District of Columbia. I am a partner at Jones Day. I am over eighteen years old and have personal knowledge of the facts set forth in this declaration.

2. I submit this declaration in support of Defendant Bank of America, N.A.'s ("BANA") Opposition to Plaintiff's Motion for Class Certification.

3. Attached are true and correct copies of the following documents:

    a. **Exhibit 1:** Excerpts from the transcript of Jordana Feldman's May 2, 2023 deposition, designated confidential according to the Protective Order in this matter and filed under seal.

    b. **Exhibit 2:** Claims Administrator Simone Lelchuk's Responses to Bank of America, N.A.'s Information Request, designated confidential according to the Protective Order in this matter and filed under seal.

1

c. **Exhibit 3:** Deposition of Jane Doe dated February 10, 2026, designated confidential according to the Protective Order in this matter and filed under seal.

d. **Exhibit 4:** Declaration of ████████, dated March 2, 2026, designated confidential by BANA pursuant to the Protective Order in this matter and filed under seal.

e. **Exhibit 5:** Composite Exhibit of Doe's bank statements, produced by BANA, designated confidential by BANA pursuant to the Protective Order in this matter and filed under seal, including:

   i. Document bates stamped BANA_000000153-156

   ii. Document bates stamped BANA_000000133-142

   iii. Document bates stamped BANA_000000023-26

   iv. Document bates stamped BANA_000000157-160

   v. Document bates stamped BANA_000000363-368.

f. **Exhibit 6:** Document produced by Jane Doe in this litigation, bates stamped JDoe0035803, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

g. **Exhibit 7:** Document produced by Jane Doe in this litigation, bates stamped JDoe0004902, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

h. **Exhibit 8:** Document produced by Jane Doe in this litigation, bates stamped JDoe0003988, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

i. **Exhibit 9:** Document produced by Jane Doe in this litigation, bates stamped JDoe0004709, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

j. **Exhibit 10:** Declaration of ▮▮▮▮▮▮▮▮, dated March 2, 2026, which refers to Jane Doe by her name and is therefore being filed under seal pursuant to the Protective Order in this matter.

k. **Exhibit 11:** Document produced by Jane Doe in this litigation, bates stamped JDoe0035803, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

l. **Exhibit 12:** Document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA02080997.

m. **Exhibit 13:** Declaration of Bethany K. Biesenthal, dated March 2, 2026, designated confidential by BANA pursuant to the Protective Order in this matter and filed under seal.

n. **Exhibit 14:** Document depicting the corporate structure of Bank of America and select subsidiaries, dated January 14, 2026.

o. **Exhibit 15:** Excerpts from Bank of America's 2016 10-K depicting the Business Segment Operations of Bank of America Corporation.

p. **Exhibit 16:** Excerpts from Bank of America SEC filing announcing that the Global Banking and Markets division was moved from Merrill Lynch, Pierce, Fenner & Smith to BofAML Securities, Inc.

q. **Exhibit 17:** Memorandum from law firm Dechert LLP to the Apollo Conflicts Committee, dated January 22, 2021.

    r.    **Exhibit 18:** Document produced by the Estate of Jeffrey Epstein in this litigation, bates stamped EST_BNYBOA_006439, designated confidential according to the Protective Order in this matter and filed under seal.

    s.    **Exhibit 19:** Document produced by the Estate of Jeffrey Epstein in this litigation, bates stamped EST_BNYBOA_006406, designated confidential according to the Protective Order in this matter and filed under seal.

    t.    **Exhibit 20:** Joint stipulation between Jane Doe and BANA, dated February 10, 2026.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 2nd day of March, 2026.

By:    */s/ Charlotte H. Taylor*

Charlotte H. Taylor
JONES DAY
51 Louisiana Ave, N.W.
Washington, D.C. 20001
(202) 879-3939
ctaylor@jonesday.com