# EXHIBIT 14

# Bank of America Corporation: Select Subsidiaries[1]

As of January 14th, 2026





Select client-facing or issuing subsidiaries
Holding companies and other subsidiaries



[1] This chart includes only select client-facing or issuing subsidiaries and associated significant holding companies of Bank of America Corporation. Not all subsidiaries of Bank of America are represented.

[2] Reflects a majority-owned subsidiary.