UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Bank of America, N.A.,<br><br>    Defendant. | Case No. 1:25-CV-08520 (JSR) |

**REPLY DECLARATION OF DAVID BOIES IN FURTHER SUPPORT OF PLAINTIFF JANE DOE'S MOTION FOR CLASS CERTIFICATION**

I, David Boies, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am the Founding Partner of Boies Schiller Flexner ("BSF"). I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I submit this declaration in further support of the motion filed by Jane Doe for class certification and approval of BSF as Class Counsel.

3. Attached hereto as **Exhibit 67** is a true and correct copy of a document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA01733753.

4. Attached hereto as **Exhibit 68** is a true and correct copy of a document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA02441899.

5. Attached hereto as **Exhibit 69** is a true and correct copy of excerpts of the February 10, 2026, deposition of Jane Doe, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

6. Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by Bank of America, N.A., bates stamped BANA_000031695, designated confidential by Bank of America, N.A. pursuant to the Protective Order in this matter and filed under seal.

7. Attached hereto as **Exhibit 71** is a true and correct copy of excerpts of the March 5, 2026, deposition of Brent Beasley, designated confidential by Bank of America, N.A. pursuant to the Protective Order in this matter and filed under seal.

8. Attached hereto as **Exhibit 72** is a true and correct copy of excerpts of the March 4, 2026, deposition of Karen Weiss, designated confidential by Bank of America, N.A. pursuant to the Protective Order in this matter and filed under seal.

9. Attached hereto as **Exhibit 73** is a true and correct copy of an SEC Order against Merrill Lynch, Administrative Proceeding File No. 3-18318, *In the Matter of Merrill Lynch, Pierce, Fenner & Smith Incorporated*.

10. Attached hereto as **Exhibit 74** is a true and correct copy of a document produced by Julie Goldman, bates stamped JG-BOA_0000452, designated confidential by Julie Goldman pursuant to the Protective Order in this matter and filed under seal.

11. Attached hereto as **Exhibit 75** is a true and correct copy of the declaration of Brittany N. Henderson, dated March 8, 2026.

12. Attached hereto as **Exhibit 76** is a true and correct copy of the declaration of Jane Doe 102, dated March 8, 2026, designated confidential by Jane Doe pursuant to the Protective Order in this matter and filed under seal.

13. Attached hereto as **Exhibit 77** is a true and correct copy of excerpts of the May 3, 2016, deposition in *Giuffre v. Maxwell*, 15-CV-07433 (S.D.N.Y.), unsealed at ECF 1090-32.

14. Attached hereto as **Exhibit 78** is a true and correct copy of excerpts of the deposition of Johanna Sjoberg dated May 18, 2016, in *Giuffre v. Maxwell*, 15-CV-07433 (S.D.N.Y.), unsealed at ECF 1320-12.

15. Attached hereto as **Exhibit 79** is a true and correct copy of excerpts of the deposition of Rinaldo Rizzo dated June 10, 2016, in *Giuffre v. Maxwell*, 15-CV-07433 (S.D.N.Y.), unsealed at ECF 1256-10.

16. Attached hereto as **Exhibit 80** is a true and correct copy of a document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA01058935.

17. Attached hereto as **Exhibit 81** is a true and correct copy of a document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA02546883.

18. Attached hereto as **Exhibit 82** is a true and correct copy of a document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA02731039.

19. Attached hereto as **Exhibit 83** is a true and correct copy of a document released by the Department of Justice pursuant to the Epstein Files Transparency Act, bates stamped EFTA00173953.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2026	Respectfully Submitted,

                                              By: */s/ David Boies*

David Boies
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: dboies@bsfllp.com