# EXHIBIT 80

**From:** "jeffrey E." <jeevacation@gmail.com>
**To:** jeffrey epstein <jeevacation@gmail.com>
**Subject:** Fwd:
**Date:** Sun, 13 May 2018 10:54:47 +0000

---------- Forwarded message ---------
From: jeffrey E. <jeevacation@gmail.com>
Date: Sun, May 13, 2018 at 6:41 AM
Subject:
To: jeffrey epstein <jeevacation@gmail.com>

for your leon meeting.  . 1.  at our meeting he said he took the position that tom and joslin.  knew the rules but i didnt . 2.  he really had no interest in any email .  that suggested a different narrative than he wanted to believe. 3.  He said he never agreed to a 50 -60 m dollar fee thought their are one email after abother laying out diifferent methods of paying as he was cash short.   in fact one was to keep 30 m outstanding on the credit line   WHICH THEY DID .   only after thetranscation and all its details were completed   with me on the phone doing it myself.  he was on his boat.   he then said  this is the amount i think you should receive.
   re ▮▮▮▮▮    first she made false documents.  second  she told the agent that she had no time for biz as she was in school  , 2 months after applying for a biz , NOT student, visa. ( VERYVERY BAD ) .   He ignores the fact that he has paid MILLIONS  of dollars to RUSSIAN girls.  and cant understand why tthey are suspiciousl ▮▮▮▮  issues  came to light  months  after the 30 million note was done  ( i add-  soley as a favor  to him to save him millions of dollars   by having a 1031  tax free exchange with ME!!.   .  i used my money not his. .   I bought two items that  were supposed to be sold in 2 weeks  according to him and gagosian ,   it turned out to be one year.  no benefit at all to me  ZERO.  much bookeeping taxes to pay , all on my side.    . ▮▮▮▮ lies came to llight months after the 1031 transaction   4 months to be precise. .  .  no answer for why she did anything she did. .    if needed i will need to disclose the 1031  . which will cost him more than 30   as it will open up all previous 1031 s   which are horrible   not done by me or with my guidance.  .   My bet is he will say that he will pay part of phaidon benefit. .  and then want my help , as he does iwith ▮▮▮▮▮▮  for free.    i leave it to you.1

--
     please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
     please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

EFTA01058936