# EXHIBIT 81

**From:** Karp, Brad S
**Sent:** Thursday, December 14, 2017 11:55 AM
**To:** jeffrey E.
**Subject:** Re:

I understand. Can't wait. :)

Brad S. Karp | Chairman
Paul, Weiss, Rifkind, Wharton & Garrison =LP
1285 Avenue of the Americas | New York,&=bsp;NY 10019-6064
http://www.paulweiss.com
Bio: https://www.paulweiss.com/professionals/partners-and-counsel/Brad=S-Karp.aspx

From: jeffrey E.
Sent: Thursday, December 14, 2017 6:49 AM
To: Karp, Brad S
Subject:

suggestions for moving foward. you can explain=the risks. face of private equitym chairman MOMA . family,&nb=p; apollo etc. 1 . melanie should not be in=olved with girls . no payments etc. 2 He cannot br=ng debra to see you re these issues again. 3. The climate is super toxic. =nbsp; He needs to settle the investigator , the calif girl . (=can you imagine her leverage ) . the office staff, is su=posed to track dollars in dollars out. He MUST be more careful. = . too many people . . I have some ideas. 4. He should stop whini=g and pay me the 30 -4- that he owes . . 5. he sho=ld re do his office with top line professionals. not brad wech=ler. ada. etc. . he can afford it.

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com <mailto:jeevacation@gmail.com> , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

This message is intended only fo= the use of the Addressee and may contain information that is privileged a=d confidential. If you are not the intended recipient, you are hereby not=fied that any dissemination of this communication is strictly prohibited. =If you have received this communication in error, please erase all copies =f the message and its attachments and notify us immediately.

conversation-id 20157 date-last-viewed 0 date-received 1513252494 flags 8590195713 gmail-label-ids 6 2 remote-id 778284

1