```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| ------------------------------------x | | ORDER |
| JANE DOE, individually and on behalf<br>of all others similarly situated, | : <br>: <br>: | |
| Plaintiff, | : <br>: | |
| | : | 25-cv-8520 (JSR) |
| -v- | : <br>: | |
| BANK OF AMERICA, N.A., | : <br>: | |
| Defendant. | : | |
| ------------------------------------x | | |

JED S. RAKOFF, U.S.D.J.:

On March 9, 2026, the Court conducted a conference in this putative class action at which it heard argument with regard to, among other things, a subpoena that defendant Bank of America, N.A., served on the U.S. Attorney's Office for the Southern District of New York. During the course of that argument, Bank of America requested that the Court compel the U.S. Attorney's Office to indicate whether there is an ongoing criminal investigation arising out of the same occurrences alleged in this case. Bank of America stated its view that, if such an investigation were ongoing, the Court would be obligated to stay this case pursuant to 18 U.S.C. § 1595(b)(2), a provision of the Trafficking Victims Protection Act.

Accordingly, the Court solicited written submissions from the parties and the U.S. Attorney's Office with regard to the matters raised by Bank of America. The Court received those submissions on March 10, 2026. In its submission, Bank of America expressly moved for a stay of proceedings in this action pursuant to 18 U.S.C. § 1595(b).

1

Upon careful consideration of the parties' submissions, the Court hereby denies Bank of America's motion to stay this action.

An Opinion setting forth the reasons for the Court's decision will issue promptly and no later than March 20, 2026. Meanwhile, the Clerk of Court is respectfully directed to docket the written submissions of the parties and the U.S. Attorney's Office.

SO ORDERED.

New York, New York
March 11, 2026

JED S. RAKOFF, U.S.D.J.