UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　Defendant. | Case No. 25-cv-08520-JSR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

　　　　Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Allison L. McQueen, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel for Bank of America, N.A., in the above-captioned action.

　　　　I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the requisite affidavit pursuant to Local Rule 1.3.

Dated: March 11, 2026                    Respectfully submitted,

                                         */s/ Allison L. McQueen*
                                         Allison L. McQueen
                                         JONES DAY
                                         110 North Wacker Drive
                                         Suite 4800
                                         Chicago, IL 60606
                                         Telephone: (312) 269-1541
                                         Email: amcqueen@jonesday.com

                                         *Attorney for Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I, Allison L. McQueen, certify that on March 11, 2026, I caused the foregoing Motion for Admission *pro hac vice* to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Allison L. McQueen*
Allison L. McQueen