# EXHIBIT C

**PROPOSED SCHEDULE OF SETTLEMENT EVENTS**

Lead Plaintiff proposes the following schedule for the Settlement-related events in this case:

| Event | Proposed Due Date |
| --- | --- |
| Deadline for commencing mailing (via electronic mail) of the Notice and Settlement Forms to the Class (the "Notice Date") | 10 calendar days after entry of Preliminary Approval Order |
| Deadline for publishing Summary Notice | 25 calendar days after the entry of the Preliminary Approval Order |
| Deadline for Class Members to Submit Opt-Out Forms | Postmarked no later than 30 calendar days after the Notice Date |
| Deadline for Fund Administrator to notify Class Counsel and Defendant's Counsel of the name of each person who submits an Opt-Out Form or revocation thereof | Within seven (7) calendar days of receipt |
| Deadline for Confidential Questionnaire and Release to be Submitted to the Fund Administrator | Submitted online or postmarked no later than 60 calendar days from the Notice Date |
| Deadline for Class Counsel to serve on Defendant's Counsel and file with the Court proof, by affidavit or declaration, of emailing or mailing and publishing of the Summary Notice | 45 calendar days before the Settlement Hearing |
| Deadline for filing of papers in support of final approval of Settlement and Class Counsel's application for attorneys' fees and expenses | 35 calendar days prior to Settlement Hearing |
| Deadline for receipt of objections to final approval of Settlement and Class Counsel's application for attorneys' fees and expenses | No later than 21 calendar days prior to Settlement Hearing |
| Deadline for filing reply papers regarding final approval of Settlement and Class Counsel's application for attorneys' fees and expenses | 7 calendar days prior to Settlement Hearing. |
| Settlement Hearing | At the Court's convenience; the Parties request a hearing on August 20, 2026 |