**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,                        Case No.: 1:25-cv-08520-JSR

*Plaintiff,*

v.                               **MOTION FOR LEAVE TO JOIN AS PLAINTIFF AND NOTICE OF APPEARANCE**

BANK OF AMERICA,
N.A.,

*Defendant.*

---

## MOTION TO JOIN AS PLAINTIFF PURSUANT TO FRCP 20 & 24

**Doris V. Walker** ("Movant"), proceeding *pro per*, hereby moves this Honorable Court for leave to join the above-captioned matter as a Plaintiff. In support thereof, Movant states as follows:

**1. Identity of Movant and Interest in Litigation** Movant is an affected party whose legal interests are directly aligned with the claims asserted in *Jane Doe v. Bank of America, N.A.* Movant's claims arise out of the same series of transactions or occurrences as those of the existing Plaintiff and share common questions of law and fact.

**2. Violation of Due Process and Lack of Notice** Movant alleges that she was entitled to notice of this litigation as an affected party but received no such notice from the Defendants or the Court. The failure to provide notice has prevented Movant from protecting her interests, constituting a violation of her **Due Process rights** under the Fifth and Fourteenth Amendments to the U.S. Constitution.

> *Citation:* "An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action." *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950); see also *Phillips Petroleum Co. v. Shutts*, 472 U.S. 797 (1985) (requiring notice and opportunity to be heard for absent parties).

**3. Grounds for Joinder and Intervention** Movant seeks joinder under **Federal Rule of Civil Procedure 20(a)(1)** (Permissive Joinder) or, in the alternative, **Rule 24(a)(2)** (Intervention of Right). Movant's ability to protect her interest may be impaired or impeded if the action is disposed of in her absence.

---

## 1. Prayer for Relief

**PRAYER FOR RELIEF**

**WHEREFORE**, Movant Doris V. Walker respectfully requests that this Honorable Court enter an Order:

1. **Granting** Movant leave to join this action as a Plaintiff pursuant to Fed. R. Civ. P. 20 and 24;
2. **Declaring** that the failure to provide Movant with notice of the pendency of this action constituted a violation of her Due Process rights under the Fifth and Fourteenth Amendments;
3. **Directing** the Clerk of the Court to add Doris V. Walker as a Plaintiff on the official docket;
4. **Permitting** Movant to withhold her physical address from the public docket for privacy and safety reasons, allowing service via the provided telephone and email address;
5. **Ordering** Defendants to provide Movant with copies of all previously filed pleadings, motions, and discovery productions within fourteen (14) days; and
6. **Granting** such other and further relief as the Court deems just and proper.

Sincerely,

/s/ Doris V. Walker Doris V. Walker

**Doris V. Walker**

**walkerbonnie47@gmail.com**

**4144093163**

**Legal Assistance Foundation Illinois**