**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANE DOE,** | **Case No.: 1:25-cv-08520-JSR** |
| *Plaintiff,* | |
| **v.** | **MOTION FOR LEAVE TO JOIN AS PLAINTIFF AND NOTICE OF APPEARANCE** |
| **BANK OF AMERICA, N.A.,** | |
| *Defendant.* | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO JOIN**

**I. PRELIMINARY STATEMENT** Movant Doris V. Walker seeks to join the litigation in *Jane Doe v. Bank of America* because her legal rights are inextricably linked to the outcomes of this case. Having received no prior notice of these proceedings, Movant's ability to protect her interests has been compromised.

**II. ARGUMENT A. Joinder is Proper Under Fed. R. Civ. P. 20** Rule 20(a)(1) allows joinder if the right to relief arises out of the "same transaction, occurrence, or series of transactions" and "any question of law or fact common to all plaintiffs will arise." Movant's claims against Bank of America mirror those of Jane Doe, involving identical legal questions regarding the Defendant's conduct.

**B. Due Process Requires Notice** The Supreme Court has long held that "notice reasonably calculated... to apprise interested parties of the pendency of the action" is a fundamental requirement of Due Process. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306 (1950). As an affected party, Movant's exclusion from the initial notice phase necessitates her immediate joinder to cure this constitutional oversight.

**C. Privacy Interests Outweigh Public Disclosure of Address** While Local Rule 1.3 generally requires an address, courts in the Second Circuit have recognized that privacy interests can justify withholding such details where email and phone contact provide sufficient means for service and communication.

---

## 3. Notice of Intent Letter to Defense Counsel

**VIA EMAIL ONLY** [03/31/2026]

**To:** Counsel for Bank of America, N.A.

**RE: Notice of Intent to Join –** *Jane Doe v. Bank of America, N.A.* **(1:25-cv-08520-JSR)**

To Counsel:

Please be advised that I, Doris V. Walker, intend to join the above-captioned matter as a Plaintiff. This letter serves as formal notice of my intent to file a Motion for Leave to Join and a Notice of Appearance in the Southern District of New York.

My joinder is necessitated by a lack of prior notice regarding this litigation, which has impacted my ability to protect my legal interests and constitutes a violation of Due Process. I will be proceeding *pro per*, with limited assistance from the Legal Assistance Foundation of Illinois (LAF).

Due to privacy concerns, I will be requesting that the Court permit me to withhold my physical address from the public record. For all future service of process and correspondence, please use the following contact information:

Sincerely,

/s/ Doris V. Walker Doris V. Walker

**Doris V. Walker**

**walkerbonnie47@gmail.com**

**4144093163**

**Legal Assistance Foundation Illinois**