**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF DORIS V. WALKER IN SUPPORT OF MOTION PERMISSIVE JOINDER UNDER RULE 1.9**

I, **Doris V. Walker**, being duly sworn, depose and state as follows:

1. I am the Movant in the above-captioned matter and submit this affidavit in support of my motion to join this litigation as a Plaintiff.
2. I am an affected party regarding the claims asserted against Bank of America, N.A., as my legal and financial interests are directly impacted by the transactions and occurrences described in the Plaintiff's Complaint.
3. **Lack of Notice:** I state under penalty of perjury that I was never served with, nor did I receive, any formal notice regarding the pendency of this lawsuit.
4. I only recently became aware of this litigation through independent means. Had I been properly notified, I would have sought to join or intervene at an earlier date.
5. **Due Process:** I believe my Due Process rights under the Fifth and Fourteenth Amendments have been violated because I was not given the opportunity to be heard or to protect my interests in a timely manner.
6. **Legal Assistance:** I am proceeding *pro per* (self-represented) in this matter, with limited assistance from the **Legal Assistance Foundation of Illinois (LAF)**.
7. **Privacy Request:** I am requesting to withhold my physical address from the public docket to protect my privacy and safety. I have provided a reliable phone number and email address for all legal service and communications.
8. My claims share common questions of law and fact with the existing Plaintiff, and my joinder will not unduly delay or prejudice the adjudication of the original parties' rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on:** March 31, 2026

---

**Doris V. Walker**

**/S/ Doris V Walker**

**walkerbonnie47@gmail.com**

**4144093163**

**Legal Assistance Foundation Illinois**