UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JANE DOE, individually and on behalf :
of all others similarly situated,   :
                                    :
    Plaintiff,                      :
                                    :
       -v-                       :
                                    :
BANK OF AMERICA, N.A.,              :
                                    :
    Defendant.                      :
------------------------------------x

       ORDER

    25-cv-8520 (JSR)

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of Doris V. Walker to join this action as plaintiff or, in the alternative, to intervene as of right. See ECF Nos. 123-127. As the Court stated on the record at the preliminary settlement conference held on April 2, 2026, Walker's motion is defective in numerous regards, including, but not limited to, the absence of allegations sufficient to establish Walker's standing to sue. Accordingly, Walker's motion is hereby denied, but without prejudice to its being refiled in proper form.

The Clerk of Court is respectfully directed to terminate the motion at docket entry 123.

    SO ORDERED.

New York, New York
April 2 , 2026

JED S. RAKOFF, U.S.D.J.

1