

# Page not found

We are sorry, the page you're looking for can't be found on the Department of Justice website.

Please try the following:

- Use the Search to search for words or phrases.

- Check the URL you entered for possible errors, including the use of upper and lower case letters.

- Some files associated with previous administrations have been moved to the Archive section of the Department website.

*Updated May 30, 2025*



Return to homepage

Cited in Doe v Bank of Am NA
25CV8520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

✉ **U.S. Department of Justice**

950 Pennsylvania Avenue NW

Washington DC 20530

📞 Contact the Department

Phone: 202-514-2000

TTY/TDD: 800-877-8339