

# WATCH: Deputy Attorney General Blanche announces latest Epstein release of more than 3 million pages

**Politics**   Updated on Jan 30, 2026 12:12 PM EDT — Published on Jan 30, 2026 11:06 AM EDT

NEW YORK (AP) — The Justice Department on Friday released many more records from its investigative files on Jeffrey Epstein, resuming disclosures under a law intended to reveal what the government knew about the millionaire financier's sexual abuse of young girls and his interactions with the rich and powerful.

**Watch in our video player above.**

Deputy Attorney General Todd Blanche said the department was releasing more than 3 million pages of documents in the latest Epstein disclosure, as well as more than 2,000 videos and 180,000 images. The files, posted to the department's website, include some of the several million pages of records that officials said were withheld from an initial release of documents in December.

**READ MORE:** Lawmakers can sue to ensure Epstein files release, but not as part of Maxwell case, judge says

They were disclosed under the Epstein Files Transparency Act, the law enacted after months of public and political pressure that requires the government to open its files on the late financier and his confidant and onetime girlfriend, Ghislaine Maxwell.
"Today's release marks the end of a very comprehensive document identification and review process to ensure transparency to the American people and compliance with the act," Blanche said at a news conference announcing the disclosure.

**READ MORE:** DOJ has opened a federal civil rights probe into the death of Alex Pretti, deputy AG says

After missing a Dec. 19 deadline set by Congress to release all of the files, the Justice Department said it tasked hundreds of lawyers with reviewing the records to determine what needs to be redacted, or blacked out, to protect the identities of victims of sexual abuse.

Among the materials being withheld is information that could jeopardize any ongoing investigation or expose the identities of personal details about potential victims. All women other than Maxwell have been redacted from videos and images being released Friday, Blanche said.

**READ MORE:** See photos and documents from the latest Epstein file release

The number of documents subject to review has ballooned to roughly six million, including duplicates, the department said.

The Justice Department released tens of thousands of pages of documents just before Christmas, including photographs, interview transcripts, call logs and court records. Many of them were either already public or heavily blacked out.

Those records included previously released flight logs showing that Donald Trump flew on Epstein's private jet in the 1990s, before they had a falling out, and several photographs of former President Bill Clinton. Neither Trump, a Republican, nor Clinton, a Democrat, has been publicly accused of wrongdoing in connection with Epstein, and both have said they had no knowledge he was abusing underage girls.

Cited in Doe v Bank of Am NA
25Cv85520 Decided 3/2026
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Also released last month were transcripts of grand jury testimony from FBI agents who described interviews they had with several girls and young women who said they were paid to perform sex acts for Epstein.

Epstein killed himself in a New York jail cell in August 2019, a month after he was indicted on federal sex trafficking charges.

In 2008 and 2009, Epstein served jail time in Florida after pleading guilty to soliciting prostitution from someone under the age of 18. At the time, investigators had gathered evidence that Epstein had sexually abused underage girls at his home in Palm Beach, but the U.S. attorney's office agreed not to prosecute him in exchange for his guilty plea to lesser state charges.

In 2021, a federal jury in New York convicted Maxwell, a British socialite, of sex trafficking for helping recruit some of his underage victims. She is serving a 20-year prison sentence at a prison camp in Texas, after being moved there from a federal prison in Florida. She denies any wrongdoing.

U.S. prosecutors never charged anyone else in connection with Epstein's abuse of girls, but one of his victims, Virginia Roberts Giuffre, accused him in lawsuits of having arranged for her to have sexual encounters at age 17 and 18 with numerous politicians, business titans, noted academics and others, all of whom denied her allegations.

Among the people she accused was Britain's Prince Andrew, now known as Andrew Mountbatten-Windsor after the scandal led to him being stripped of his royal titles. Andrew denied having sex with Giuffre but settled her lawsuit for an undisclosed sum.

Giuffre died by suicide at her farm in Western Australia last year at age 41.

*Tucker and Richer reported from Washington.*

## A free press is a cornerstone of a healthy democracy.

Support trusted journalism and civil dialogue.

## Donate now →

*By —* **Eric Tucker, Associated Press**

*By —* **Michael R. Sisak, Associated Press**

By — **Alanna Durkin Richer, Associated Press**

Cited in Doe v Bank of Am NA
25CV8520 Decided 3/20/26

Archived on 3/25/26

This document is protected by copyright.
Further reproduction is prohibited without permission.