**J.E. BACKGROUND**

**NET WORTH/ASSETS**

- Estimated $2 billion
- Personal Property:
    - Owns (estimated) largest townhouse in Manhattan (9 E 71st St.), villa in Palm Beach, Florida, apartment in Paris, ranch in New Mexico, and others
    - Owns a Boeing 727, other planes and helicopters

**BACKGROUND**

- Taught calculus and physics at the Dalton School from 1973-1975.
- Began working at Bear Stearns in 1976
- Formed J. Epstein & Co. in 1982

**BUSINESS**

- Formed J. Epstein & Co. in 1982, a financial management firm
- 1987 Leslie Wexner, founder and chairman of Limited clothing brand, became a well-known client
- Changed name to The Financial Trust Company in 1996 and is now incorporated in St. Thomas
- All of his financial clients are anonymous (except Wexner)

**PHILANTHROPY**

- The Jeffrey Epstein VI Foundation funds cutting edge science research and education around the world
- Foundation was established in 2000
- 2003 donated $30 million to Harvard University to set up the Program for Evolutionary Dynamics, which studies evolution and evolutionary biology from a purely mathematical point of view
- Epstein currently sits on the Mind, Brain and Behavior Committee at Harvard University
- Epstein has also funded genetic research leading towards cures in such fields as Alzheimer's, multiple sclerosis, ovarian cancer and Crohn's and Colitis Disease. He has given substantial funds to the American Cancer Society, notably to CTC technology, a blood test to identify genetic mutations to anti-inhibitor cancer drugs

**CRIMINAL CHARGES**

- Epstein was charged with soliciting prostitution in 2008. He served 13 months out of his 18 month sentence and is registered as a sex offender in Florida
- He was accused of paying young woman for massages and sex acts in his Florida home. Epstein was under the impression that all were at least 18 but later it was discovered that some were

Cited in Doe v Bank of Am NA
250 /8520 Decided 3/20/26
Archived on 3/25/2
This document is protected by copyright.
Further reproduction is prohibited without permission.

DB-SDNY-0103225
DB-SDNY-0103225
EFTA00128820

not. (Epstein has taken a lie detector test to prove that he was never aware that they were underage and all women have admitted to saying that they were of-age.)

- Since the 2008 conviction Epstein has made 17 out-of-court settlements.

**BUSINESS WITH DB**:

- We would not be opening personal accounts for Mr. Epstein. Below is what we would be doing.

**Name:** Southern Financial LLC
**Address:** 6100 Red Hook Quarter B3 St. Thomas USVI 00802
**Date of Incorporation:** 2/25/2013
**TIN** ███████
**Nature of Business:** Formed to own certain assets
**Source of wealth/funds**

**Name**: Southern Trust Company, Inc.
**Address**: 6100 Red Hook Quarter B3 St. Thomas USVI 00802
**Date of Incorporation**: 11/18/2011
**TIN:** ███████
**Nature of Business:** Consulting Services relying on Financial and Biomedical algorithms
**Source of wealth/funds**

Signatory will be Jeffrey E. Epstein on all accounts
Inquiry capacity : Jeanne Brennan, Harry Beller, Richard Kahn

.

Cited in Doe v. Bank of America NA
25CV8520 Docketed 3/20/26
Archived on 10/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.