

BTPM NPR
On Air Now

 

DONATE

NEWS

# Justice Department publishes some missing Epstein files related to Trump

UPDATED MARCH 6, 2026 · 1:28 PM ET

HEARD ON ALL THINGS CONSIDERED

By Stephen Fowler, Saige Miller

**3-Minute Listen**                    PLAYLIST    TRANSCRIPT



An NPR investigation finds the Justice Department has removed or withheld Epstein files related to sexual abuse accusations that mention President Trump.

*Department of Justice and Getty Images/Collage by Danielle A. Scruggs/NPR*

Cited in Doe v Bank of Am NA 25CV8520 Decided 3/20/26. Archived on 3/25/26. This document's contents are protected by copyright. Further reproduction is prohibited without permission.

The Justice Department has published additional Epstein files related to allegations that President Trump sexually abused a minor after an NPR investigation found dozens of pages were withheld.

They include <u>16 new pages</u> that cover three additional FBI interview summaries with a woman who accused Trump of sexual abuse decades ago when she was a minor. Also included are two pages of an intake form documenting the initial call to the FBI from a friend who relayed the claims.

NPR's investigation previously found 53 pages that appeared to be missing from the public database.

Now that these documents are published, there are still 37 pages of records missing from the public database, including notes from the interviews, a law enforcement report and license records.



Cited in Doe v Bank of Am NA
25CV8520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.



**LAW**

**Justice Department withheld and removed some Epstein files related to Trump**

In a statement, the Democrats on the House Oversight Committee applauded the release of the three interviews initially withheld by the DOJ. Although, they still criticized the department over its handling of the documents.

"But let's be clear: this White House cover-up is ongoing. Millions of pages still remain concealed from the public and our committee." said Sara Guerrero, spokesperson for Oversight Democrats.

On Wednesday, members of both parties on the committee voted to subpoena Attorney General Pam Bondi to answer questions about the handling of the files.

The Justice Department has repeatedly told NPR that any documents withheld were "privileged, are duplicates or relate to an ongoing federal investigation."

Last week, after NPR's initial story, the Justice Department said it was determining if records had been mistakenly tagged as duplicates and if any were found, "the Department will of course publish it, consistent with the law."

Cited in Doe v Bank of Am NA 25CV8520 Decided 3/20/26

Archived on 3/25/26

This document is protected by copyright. Further reproduction is prohibited without permission.

**New Epstein files related to Trump**

contributed by
Stephen Fowler (NPR)

File | Aa Text | Pages | Notes | Search

p. 1



Cited in Doe v Bank of Am NA
25CV8520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Page [1] of 18

Fit Width

DocumentCloud

**More detail, but less context**

The interview documents are part of more than 1,000 new pages published to the Epstein files public database Thursday that also include what appears to be the complete case file from the investigation into Jeffrey Epstein and Ghislaine Maxwell initiated in 2006.

The new documents go into more detail about the allegations made against both Trump and Epstein when the woman was between 13 to 15 years old.

An FBI email summarizing the claims and a Justice Department PowerPoint slide deck note the woman claimed that around 1983, when she was around 13 years old, Epstein introduced her to Trump, "who subsequently forced her head down to his exposed penis which she subsequently bit. In response, Trump punched her in the head and kicked her out."

In the newly-published documents, the woman's described how Trump allegedly put her head "down to his penis" and she "bit the s*** out of it." She alleged that Trump struck her and said something to the effect of "get this little b**** the hell out of here."

The woman said she had two additional interactions with Trump, but asked to move on to another subject. It is unclear if she ever disclosed the details of those other interactions to law enforcement.

Cited in Doe v Bank of America NA 25CV8520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright. Further reproduction is prohibited without permission.

During the fourth interview the woman had with the FBI in 2019, when asked whether she "felt comfortable detailing her contacts with Trump," she reportedly asked "what the point would be of providing the information at this point in her life when there was a strong possibility nothing could be done about it."

The new files do not shed any more light on how credible federal investigators viewed her claims or how they were resolved. Still unanswered, too, is why the allegations were included in a Justice Department slide presentation last year summarizing the cases against Epstein and his accomplice Ghislaine Maxwell.

Trump has repeatedly denied any wrongdoing related to Epstein. The White House and Justice Department have warned that the raw files released to the public include "untrue and sensationalist claims."

White House press secretary Karoline Leavitt said in a statement to NPR Friday that Trump has been "totally exonerated by the release of the Epstein files."

"These are completely baseless accusations, backed by zero credible evidence, from a sadly disturbed woman who has an extensive criminal history," Leavitt wrote. "The total baselessness of these accusations is also supported by the obvious fact that Joe Biden's department of justice knew about them for four years and did nothing with them — because they knew President Trump did absolutely nothing wrong. As we have said countless times, President Trump has been totally exonerated by the release of the Epstein Files."

The White House also noted a Justice Department statement posted Thursday on X that said there were 15 documents it discovered were "incorrectly coded as duplicative" and there were five prosecution memos that the Southern District of Florida determined could be published while protecting privileged materials.



**POLITICS**

## Congressional Republicans will also investigate missing Epstein files related to Trump

Democrats and Republicans on the House Oversight Committee have <u>demanded answers</u> from the Justice Department regarding the missing files and the department's handling of the release of Epstein documents.

Committee Democrats have called on Trump to testify based on his appearances in the files, including what has been previously reported by NPR. Though, Republicans on the committee have stated repeatedly that they don't see a need for Trump to testify in their investigation.

During the depositions of former President Bill Clinton and former secretary of state Hillary Clinton, committee Republicans said they haven't found anything from those who have testified thus far that implicate Trump.

"There is nothing that we are seeing where there is criminal involvement or reason to believe that the president has any wrongdoing and that is why we are not supporting this crazy theory in bringing him into all of this," said Florida Republican Rep. Anna Paulina Luna.

But since the committee has now deposed a former president, Democrats said they are hopeful that opens the door for Trump to one day testify as well.

*Have information to share about the Epstein files? Reach out to Stephen Fowler through encrypted communications on Signal at stphnfwlr.25. Please use a nonwork device.*

Cited as Disney v Bank of Am. Nat.
230 V880 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.



# The news you need to start your day

Our journalists summarize the biggest stories in the Up First newsletter so you can stay informed, not overwhelmed.

| Email address | SIGN UP |

[See more subscription options](#)

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

## More Stories From NPR



LIFE KIT

### 7 kinds of rest (other than sleep) : Life Kit



THE INDICATOR FROM PLANET MONEY

## How Iran is wasting American resources : The Indicator from Planet Money



NATIONAL

## A professional cornhole player and quadruple amputee is arrested for murder



NATIONAL

## How the FBI might have gotten inaccessible camera footage from Nancy Guthrie's house



LAW

## Justice Department withheld and removed some Epstein files related to Trump

Cited in Doe v. Bank of Am. NA 25C 18520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright. Further reproduction is prohibited without permission.



**Iran rejects Trump's proposal to end the war and lays out 5 conditions, state TV says**

Cited in Doe v Bank of Am NA
25CV8520 Decided 3/20/26

Archived on 3/25/26

This document is protected by copyright.
Further reproduction is prohibited without permission.

## Popular on NPR.org

**MIDDLE EAST CONFLICT**

## Iran rejects Trump's proposal to end the war and lays out 5 conditions, state TV says

**NATIONAL**

## An air traffic controller was juggling extra roles during the LaGuardia plane crash

Cited in Doe v Bank of Am NA
25-C-8520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

NATIONAL

**A professional cornhole player and quadruple amputee is arrested for murder**

WORD OF THE WEEK

**Are you sure you know what 'gaslighting' is?**

**TECHNOLOGY**
## Your data is everywhere. The government is buying it without a warrant

**UP FIRST NEWSLETTER**
## Thousands of U.S. troops deploy to Middle East. And, the latest on DHS funding talks

Cited in Doe v Bank of Am NA
25CV8520 Decided 3/20/26
Archived on 3/25/2
This document is protected by copyright.
Further reproduction is prohibited without permission.

## NPR Editors' Picks

LAW

**A 92-year-old judge will take on the Maduro case. What do we know about him?**

## HEALTH

# Yep, a mom's COVID shot during pregnancy protects her baby, a large study finds

## BUSINESS

# They gave her business a lifeline, then froze all her money

## NATIONAL

# A shelter village provides a bridge to permanent housing

NEWS

# How Trump's Iran war objectives have shifted over time

Audio

THE INDICATOR FROM PLANET MONEY

# Your next flight doesn't have to be so expensive. Here's why

Cited in Doe v Bank of Am NA
25 CV8520 Decided 3/20/26
Archived on 3/25/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**READ & LISTEN**

Home

News

Culture

Music

Podcasts & Shows

**CONNECT**

Newsletters

Facebook

Instagram

Press

Public Editor

Corrections

Transcripts

Contact & Help

**ABOUT NPR**

Overview

Diversity

NPR Network

Accessibility

Ethics

Finances

**GET INVOLVED**

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Extra

terms of use

privacy

your privacy choices

text only

© 2026 npr

Cited in Doe v Bank of Am NA 25CV8520 Decided 3/2026 Archived on 3/25/26 This document is protected by copyright. Further reproduction is prohibited without permission.