UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DORIS V. WALKER, *Proposed Intervenor-Plaintiff,*

v.

BANK OF AMERICA, N.A., et al., *Defendants.*

**Case No. 1:25-cv-08520 (JSR)** (Consolidated with 1:25-cv-08525)

---

**MOTION TO INTERVENE AND MEMORANDUM IN SUPPORT**

**TO THE HONORABLE JED S. RAKOFF, UNITED STATES DISTRICT JUDGE:**

Proposed Intervenor Doris V. Walker moves this Court for permission to intervene as of right under **FRCP 24(a)(2)** or, alternatively, for permissive intervention under **FRCP 24(b)**. This motion is filed following the Court's denial of leave to amend under **FRCP 15**, as the Intervenor seeks to protect her distinct legal and financial interests which are directly impacted by the Defendants' conduct.

## I. STATEMENT OF FACTS

1. **Absence of Legal Ties:** The Proposed Intervenor, Doris V. Walker, has never had any legal ties, business associations, or personal relationship with Jeffrey Epstein. If any familial relation exists, it is distant at best and entirely unknown to the Intervenor.
2. **Independent Management:** At all relevant times, Ms. Walker has managed her family and financial affairs independently, without knowledge of the identity or activities of Jeffrey Epstein.
3. **Targeted Harassment:** Despite the lack of association, Jeffrey Epstein utilized his immense wealth and systemic influence within financial institutions—including the Defendants—to inflict intentional emotional distress upon Ms. Walker and her children.
4. **Administrative Interference:** Associates of Jeffrey Epstein have persistently interfered in the private business affairs of Ms. Walker, using influence to curtail her professional reach and illegally control her finances in violation of her fundamental right to privacy.
5. Currently the Intervenor has a pending case in the Northern District of Illinois, detailing a privacy breach, breach of contract in a major portfolio of assets Case 121cv3589, where she was locked out of her real estate portfolio and financial fraud was detected on the part of Bank of America, N.A which directly relates to the Epsteen Associate harassment, bullying, stalking, sexual predator, intimidation, theme.

## II. STATEMENT OF CLAIMS

Proposed Intervenor asserts the following claims against the Defendants for facilitating and allowing the use of financial infrastructure to execute the following violations:

- **Civil Rights & Privacy Violations:** Illegal use of financial influence to monitor and control Ms. Walker's private financial data and personal affairs without authorization.
- **Stalking & Harassment:** Targeted campaigns of intimidation led by Epstein and his associates, intended to cause severe emotional distress to Ms. Walker and her minor children.
- **Interstate Stalking:** Perpetrating a pattern of "following" Ms. Walker across state lines, utilizing systemic resources to maintain surveillance regardless of her physical location.
- **Electronic Communication Interference:** The tapping of phone lines and hacking of private email accounts to extract confidential information and disrupt private business communications.
- **Financial Interference & Conversion:** The illegal control and manipulation of Ms. Walker's finances, resulting in the obstruction of her ability to manage her assets independently.
- **Intentional Infliction of Emotional Distress (IIED):** Using financial and social influence to intimidate the Intervenor's family, creating a climate of fear and financial instability.

## III. ARGUMENT FOR INTERVENTION

Intervention is necessary because the $72.5 million settlement currently before this Court involves the very financial mechanisms used to harm the Intervenor.

1. **Interest in the Action:** Ms. Walker's claim for **$360,000.00** in damages is a direct result of the financial abuses facilitated by the Defendants.
2. **Impairment of Rights:** Because the Court did not permit leave to amend under **FRCP 15**, this Motion to Intervene is the only remaining procedural vehicle for the Intervenor to prevent the "limited fund" of the settlement from being exhausted without addressing her specific injuries.
3. **Common Questions:** The Intervenor's claims share common questions of law and fact with the main action regarding the Defendants' failure to monitor accounts used for illegal harassment, stalking, and financial interference.

## CONCLUSION

For the reasons stated above, Doris V. Walker respectfully requests that the Court grant this Motion to Intervene to allow her to adjudicate these claims and protect her interest in the distribution of the settlement fund which includes wrongs and abuses committed by the person known as Jeffrey Epstein and his wide network of associates who continue the abuse in his name and for obvious financial reasons. Walker does not wish to affiliate with anyone connected with this line of abusive behavior targeted at high profile individuals as well as any other unsuspecting individual. Ms. Walker has prided herself in maintaining a professional ambiance coupled with a consistent work record and the mere fact that this situation is unsettling to say the least.

Dated: April 14, 2026

Wherefore, the movant respectfully requests the dismissal be reconsidered, and that Petitioner be allowed to present her harassment, abuse, stalking, privacy infringement claim on this basis. Doris V Walker held over 1 billion dollars in assets in her portfolio of which Jeffrey Epstein and his Associates have attempted to divy up in his abusive scandal. Movant is entitled to a portion of the settlement as a matter of law based on documented harassment by Sheriffs Departments, and the business sector.

Respectfully submitted,

*/s/ Doris V. Walker* Doris V. Walker, *Pro Se*

---

Doris V Walker

*/s/ Doris V. Walker*

*4144093163*

*LegalEducation Foundation*

*legalassistancecentreillinois@gmail.com*