**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

DORIS V. WALKER, *Proposed Intervenor-Plaintiff,*

v.

BANK OF AMERICA, N.A., et al., *Defendants.*

**Case No. 1:25-cv-08520 (JSR)** (Consolidated with 1:25-cv-08525)

Honorable Judge Rakoff


Notice of Emergency Motion for Joinder and Intervention

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DORIS V. WALKER, Proposed Intervenor-Plaintiff,

v.

BANK OF AMERICA, N.A., et al., Defendants.

Case No. 1:25-cv-08520 (JSR) (Consolidated with 1:25-cv-08525)

NOTICE OF EMERGENCY MOTION

PLEASE TAKE NOTICE that upon the accompanying Motion to Intervene, Motion for Joinder, and Memorandum of Points and Authorities, Proposed Intervenor Doris V. Walker will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on April 17, 2026, at 10:00 AM, or as soon thereafter as the matter may be heard, for an Order:

1. Granting Leave to Intervene under FRCP 24; and

2. Granting Joinder as an Indispensable Party under FRCP 19.

EMERGENCY BASIS: This motion is noticed on an emergency basis because the Court is currently finalizing a $72.5 million settlement. Absent immediate intervention and joinder, the Intervenor's specific claims and $360,000.00 interest will be irreparably compromised by the

exhaustion of the settlement fund.

Certification

Dated: April 14, 2026

Doris V Walker

 /s/ Doris V. Walker

4144093163

legalassistancecenterillinois@gmail.com