# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A.,<br><br>   Defendant. | Case No. 25-cv-8520 (JSR) |

**DECLARATION OF FUND ADMINISTRATOR SIMONE K. LELCHUK**
**REGARDING ADMINISTRATION OF NOTICE AND PROCESSING OF CLAIMS**

Pursuant to 28 U.S.C. § 1746, SIMONE K. LELCHUK hereby declares as follows:

1. I am a mediator and settlement fund administrator and was appointed by this Court to serve as the Fund Administrator[1] in this Litigation. I am over twenty-one (21) years of age and am authorized to make this declaration. The following statements are based on my personal knowledge and information provided to me by those working under my general supervision on this matter and, if called upon, I could and would testify competently thereto.

2. I received my B.A. from Ohio University in Athens, Ohio, and my J.D. from the Benjamin N. Cardozo School of Law in New York City. From 2010 to 2014, I was an attorney at the law firm Kasowitz Benson Torres LLP in New York City. In private practice, I handled a wide variety of matters for both plaintiffs and defendants in the firm's litigation and transactional groups.

---

[1] Capitalized terms used herein shall have the same meaning as ascribed to them in the Stipulation of Settlement (ECF No. 121-1).

3.        Since my departure from private practice in 2014, I have served as a mediator in hundreds of cases. I mediate across many practice areas; however, I have extensive experience in sexual harassment and abuse cases. I have been involved in successfully designing the claims process and distribution of settlement funds with a significant amount of my work involving both funds set up for the benefit of victims/survivors and working directly with the victims/survivors themselves. I find the need for extreme sensitivity when handling these types of matters so important that I obtained my Trauma Informed Certification from the National Center for Equity & Agency.

4.        I have significant additional experience with evaluating claims of abuse made by women against Jeffrey Epstein. I served as co-mediator and was appointed claims administrator in connection with the settlement in the case *Jane Doe 1 v. Deutsche Bank Akteingesellschaft*, Case No. 1:22-CV-10018 (JSR), and was appointed claims administrator in connection with the settlement in the case *Jane Doe 1 v. JPMorgan Chase Bank, N.A.*, Case No. 1:22-CV-10019 (JSR). I also served as mediator and was appointed fund administrator in connection with the proposed settlement in the case *Allyson Ward v. Darren K. Indyke, et al.*, Case No. 1:24-CV-01204 (AS), pending in the United States District Court for the Southern District of New York. I successfully served as the mediator in over fifty cases with women who did not receive or accept an allocation from, or participate in the Epstein Victims' Compensation Program. I also successfully mediated claims of abuse by victims of Harvey Weinstein against The Weinstein Company that ultimately resulted in the creation of a fund that I administered for the benefit of the survivors under the supervision of the United States Bankruptcy Court for the District of Delaware. I also personally handled all of the survivor interviews for the USA Gymnastics settlement fund at the request of the court appointed claims administrator. I take great professional and personal pride in the

feedback I have received from survivors who have told me that my approach to handling the fund administration made the survivors feel heard and helped them move forward towards closure.

5.        In this matter, I assisted the Settling Parties in devising the methodology for the Plan of Allocation, which is based on the methodology I have used in other cases. As described in the Notice, the Plan required that each Class Member submit a Confidential Questionnaire and Release by no later than June 12, 2026. Following receipt of a Class Member's Confidential Questionnaire and Release, in order to determine her eligibility and assigned settlement amount (the "Allocated Amount") from the Global Settlement Amount, I consider the following information: the circumstances, severity, type, and extent of the alleged abuse or trafficking, the nature and duration of the relationship with Epstein, any cooperation with government investigations, refusal to cooperate with government investigations, or refusal to cooperate with this civil litigation, including any convictions relating to Epstein's sex-trafficking venture, and the impact of the alleged conduct on the Participating Claimant, and any other factors I deem relevant.

6.        On April 3, 2026, the Court appointed me as Fund Administrator in this Litigation.

7.        Following my appointment, on or about April 6, 2026, I received on a secure file share platform from Class Counsel a confidential Excel file with the unique names, mailing addresses (to the extent known), and email addresses (to the extent known) of potentially eligible Class Members.

8.        To help facilitate notice and publication of the Settlement, I engaged JND Legal Administration ("JND"), a leading claims and noticing agent that has considerable experience aiding in the administration of settlements of highly-sensitive cases, including cases involving sexual abuse.

9.      Pursuant to the Court's Preliminary Approval Order, on April 13, 2026, I caused JND to transmit, via email, a copy of the Notice and Confidential Questionnaire and Release (the "Notice Packet") to all potentially eligible Class Members, or their counsel, identified to me by Class Counsel. To the extent I was only provided with a physical address for a potentially eligible Class Member, the Notice Packet was sent by first class mail to the potentially eligible Class Members. If any Notice Packet was returned as undeliverable, I directed my counsel, Elise S. Frejka, Esq., to research alternative physical or email addresses and attempt service through alternate means. Finally, a Notice Packet was sent to anyone who requested one from me, including as a result of the notice described in paragraphs 10 and 11.

10.      As ordered by the Court, I caused the Summary Notice to be published in *Gazeta Wyborcza* on April 23, 2026, in *USA Today* and *Le Monde* on April 24, 2026, and in the May 4, 2026 issue of *People*, which was on sale to readers on April 24, 2026. Attached hereto as Exhibit A-1 is a copy of the Summary Notice as published in *Gazeta Wyborcza*; attached hereto as Exhibit A-2 as published in *USA Today*; attached hereto as Exhibit A-3 as published in *Le Monde*; and attached hereto as Exhibit A-4 as published in *People*.

11.      With the assistance of JND, I also supervised a social media campaign that ran from April 14, 2026 through May 11, 2026 on Facebook and Instagram. A total of 3,540,739 digital impressions were served, of which 2,521,345 were targeted to women 18-49 years of age in the U.S. and France with an emphasis on Florida, New York, California, and New Mexico, and 1,019,394 were targeted to women 18-49 years of age in the Ukraine. Users were also targeted based on Eastern European languages such as Czech, Polish, Romanian, Russian, Slovak, and Ukrainian. The digital ads ran across all types of devices (desktop and mobile) and provided a direct link to the dedicated case website. Screenshots of the digital ads as they appeared on

Facebook and Instagram are attached hereto as Exhibit A-5.

12.     In coordination with Class Counsel and with the assistance of JND, I established and currently maintain a dedicated website entitled "Jane Doe v. Bank of America, N.A. Settlement Website" (the "Settlement Website") to provide (i) additional information to potentially eligible Class Members, (ii) answers to frequently asked questions and contact information for me and Class Counsel for potentially eligible Class Members to raise additional questions, and (iii) a mechanism for potentially eligible Class Members to download and submit Settlement Forms electronically. The website became operational on April 13, 2026, and is accessible 24 hours-a-day, seven days-a-week. However, subsequent to the deadline for timely submitting claims, I directed JND to disable the claim submission link. The address for the Settlement Website is set forth in the Notice, the Summary Notice, and the Confidential Questionnaire and Release Form: https://www.2026survivorsbanksettlementfund.com/.      The      Settlement      Website      includes information regarding the Litigation and the Settlement, including the exclusion, objection, and claim-filing deadlines, the date, time, and location of the Court's Settlement Hearing, and documents relevant to the Litigation, including the Complaint, the Stipulation, and the Preliminary Approval Order. Copies of the Notice and all Settlement Forms, including the Confidential Questionnaire and Release are posted on the website in two different languages and are available for downloading. As noted above, potentially eligible Class Members could, through the claim submission deadline, also complete and submit Settlement Forms through the website. I have been updating and will continue to update the Settlement Website as necessary throughout the administration of the Settlement.

13.     The Notice informs potentially eligible Class Members that requests for exclusion from the Class were to be submitted via Opt-Out form such that they were postmarked

or submitted electronically by no later than May 13, 2026. I have not received any request to be excluded from the Settlement.

14.     The Notice also informs potentially eligible Class Members that objections to the settlement must be in writing and filed with the Court by August 6, 2026, with a copy sent to Class Counsel and Defendant's Counsel. Should any Class Member erroneously submit an objection to the Fund Administrator, I will forward such objection to Class Counsel, Defendant's Counsel, and the Court. To date, I have received no such objection.

15.     I have monitored and will continue to monitor all mail delivered to the address listed in the Notice and on the Settlement Website and update this declaration to the extent I learn of any additional relevant information.

[Signature Page to Follow]

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 8th day of July 2026.

_Simone Lelchuk_

Simone K. Lelchuk

# Exhibit A-1

# Lufthansa odwołuje 20 tys. lotów

**Do października Lufthansa odwoła aż 20 tys. lotów** – wynika z komunikatu firmy. Powodem cięć jest drogie paliwo.

**Justyna Sobolak**

Lufthansa, podobnie jak inne firmy lotnicze, mierzy się z wysokimi cenami paliw. W celach optymalizacji, linie przeanalizowały swoje trasy, zwłaszcza te, wcześniej obsługiwane przez Lufthansa CityLine, i zdecydowały się zrezygnować z najmniej rentownych połączeń.

Łącznie do października przewoźnik uszczupli ofertę o 1 proc. dostępnych kilometrów, co przekłada się na usunięcie z siatki połączeń 20 tys. lotów. To pozwoli zaoszczędzić 40 tys. ton paliwa lotniczego, którego cena, jak przyznaje linia, podwoiła się od wybuchu konfliktu w Iranie.

**120 lotów do końca maja**

„Zmiany w harmonogramie zmniejszają liczbę nieopłacalnych lotów krótkodystansowych w sieci Grupy Lufthansa. Planowana konsolidacja jest realizowana na sześciu centralach Grupy Lufthansa we Frankfurcie, Monachium, Zurychu, Wiedniu, Brukseli i Rzymie" – podała firma w komunikacie.

Przewoźnik podkreślił, że pasażerowie nadal będą mieli dostęp do globalnej sieci tras, szczególnie do połączeń dalekodystansowych, ale „ze względu na wzrost cen paliwa lotniczego, zostanie to osiągnięte znacznie efektywniej niż wcześniej".

Już w ostatni wtorek pasażerowie dowiedzieli się o pierwszych odwołanych lotach. Łącznie tego dnia poinformowano o anulowaniu 120 tras. Taka liczba dziennych tras ma nie funkcjonować do końca maja włącznie. Lufthansa nie lata już z Frankfurtu do Stavangeru (Norwegia). Zmiany objęły również Polskę. Zrezygnowano z połączeń z Frankfurtu do Bydgoszczy i Rzeszowa.

„Planowanie tras na najbliższe miesiące w średnim terminie jest aktualizowane z uwzględnieniem redukcji przepustowości i zostanie opublikowane pod koniec kwietnia lub na początku maja. Będzie to obejmować optymalizację oferty krótkodystansowej na cały sezon letni, zapewniając tym samym stabilność harmonogramu na okres planu lotu" – podała Lufthansa.

Linie zapewniają, że letni rozkład nie powinien ulegać w dużej mierze zmianom, a firma dysponuje stabilnymi zapasami paliwa. Przyznaje, że oprócz rezygnacji z połączeń, przyspiesza także działania konsolidacyjne w ramach swoich linii lotniczych – Lufthansa Airlines, SWISS, Austrian Airlines, Brussels Airlines i ITA Airways.

**Ceny w górę**

Z wysokimi cenami borykają się linie lotnicze na całym świecie. „The Guardian" podaje, że przewoźnicy w Wielkiej Brytanii lobbują, by rząd złagodził przepisy dotyczące hałasu, zmienił prawa pasażerów oraz obniżył podatki. Chcą w ten sposób walczyć z niedoborem paliwa lotniczego i jego wysokimi cenami spowodowanymi wojną na Bliskim Wschodzie.

Lista wniosków złożonych ministrom i regulatorowi lotnictwa obejmuje zawieszenie systemu handlu emisjami oraz złagodzenie limitów na loty nocne. Przewoźnicy chcą także zmian, jeśli chodzi o odszkodowania dla pasażerów – te nie należałyby się, jeśli linia będzie musiała odwołać lot w związku z brakiem paliwa.

*Z wysokimi cenami borykają się linie lotnicze na całym świecie*

Listę zmian przedstawiła rządowi organizacja Airlines UK, w której skupieni są tacy przewoźnicy, jak British Airways, easyJet, Ryanair, Virgin, TUI i Jet2.

Linie stwierdziły, że jeśli obecne zakłócenia w dostawach paliwa lotniczego będą się utrzymywać lub pogłębiać, to będą zmuszone do cięcia lotów i podwyżek cen.

Chociaż przemysł lotniczy i rząd Wielkiej Brytanii twierdzą, że nie brakuje paliwa i konsumenci mogą rezerwować loty z pełnym zaufaniem, niektóre linie lotnicze i obserwatorzy rynku uważają, że dostaw się to uda się utrzymać długo, jeśli Cieśnina Ormuz będzie blokowana.

W ubiegłym tygodniu szef Międzynarodowej Agencji Energetycznej powiedział, że Europie pozostało paliwa lotniczego tylko na sześć tygodni. ●

# Sprzęt z USA może być później

**Wicepremier, szef MON Władysław Kosiniak-Kamysz ocenił wczoraj, że opóźnienia w dostawach sprzętu wojskowego z USA, w związku z sytuacją na Bliskim Wschodzie, mogą dotyczyć również Polski.**

Pytany w Radiu Zet o możliwe przesunięcia w dostawach zamówionych w USA pocisków do systemów przeciwrakietowych, nie wykluczył takiego scenariusza. – Może dojść do takich opóźnień – powiedział Władysław Kosiniak-Kamysz. – Jesteśmy w kontakcie ze stroną amerykańską i takie informacje dotyczące tego, że w niektórych obszarach może dochodzić do opóźnień, pojawiają się – mówił. Jak dodał, nie powinny one być „bardzo dotkliwe", ale trzeba mieć na uwadze, że mogą objąć także Polskę.

Kosiniak-Kamysz zaznaczył, że kluczowym problemem są ograniczone moce produkcyjne przemysłu zbrojeniowego zarówno w USA, jak i w Europie. – Nadrobienie zdolności produkcyjnych to niestety lata, a nie miesiące – podkreślił.

Już na początku marca minister ostrzegał, że ogromne zużycie amunicji przez Stany Zjednoczone – związane z konfliktem na Bliskim Wschodzie – może odbić się także na europejskich zamówieniach.

Przypomnijmy więc, że konflikt z udziałem USA, Izraela i Iranu trwa od końca lutego i ma znaczące skutki na globalne łańcuchy dostaw. Iran praktycznie zamknął cieśninę Ormuz – jeden z kluczowych szlaków transportowych – przepuszczając jedynie wybrane jednostki i wprowadzając opłaty za przepływ. To dodatkowo komplikuje logistykę i zwiększa napięcia na rynku. Jednocześnie prezydent USA Donald Trump ogłosił przedłużenie zawieszenia broni z Iranem, co daje nadzieję na deeskalację, ale nie rozwiązuje problemów produkcyjnych. Nawet jeśli zawieszenie broni będzie trwałe, to opóźnienia i tak pozostaną.

Szczególnie istotne są dostawy najnowocześniejszych pocisków PAC-3 MSE, używanych w systemach Patriot. To one stanowią podstawę nowoczesnej obrony przeciwrakietowej. Producent, firma Lockheed Martin, wytwarza obecnie kilkaset takich pocisków rocznie. Planowane jest zwiększenie produkcji do około dwóch tysięcy rocznie do 2030 roku, ale do tego czasu dostępność pozostaje ograniczona.

Dla Polski to ważne, bo systemy Patriot są fundamentem programu Wisła – jednego z najdroższych projektów modernizacji polskiej armii. W jego ramach Polska ma otrzymać osiem baterii systemu, czyli 64 wyrzutnie. Pierwsze dwie baterie osiągnęły pełną gotowość operacyjną w grudniu ubiegłego roku. Kolejne dostawy będą kluczowe dla budowy zintegrowanej obrony powietrznej.

Kosiniak-Kamysz podkreśla, że w tej sytuacji Polska i Europa muszą zwiększać własne zdolności produkcyjne. – Musimy być bardziej niezależni w dostawach sprzętu, który jesteśmy w stanie sami wytwarzać – podsumowuje.

**Kasia Bielecka**

OGŁOSZENIE PŁATNE    Kraj/34430144

**NOTA PRAWNA**

**SĄD OKRĘGOWY STANÓW ZJEDNOCZONYCH POŁUDNIOWEGO OKRĘGU NOWEGO JORKU**

Jane Doe, indywidualnie i w imieniu wszystkich innych w podobnej sytuacji, Powódka, przeciwko Bank of America, N.A., Pozwany.

Sprawa sądowa nr 1:25-cv-8520-JSR

**STRESZCZENIE ZAWIADOMIENIE O PROPONOWANEJ UGODZIE W SPRAWIE POWÓDZTWA ZBIOROWEGO**

**DO: WSZYSTKICH KOBIET, KTÓRE PADŁY OFIARĄ MOLESTOWANIA SEKSUALNEGO LUB HANDLU LUDŹMI ZE STRONY JEFFREY'A EPSTEINA MIĘDZY 30 CZERWCA 2008 A 6 LIPCA 2019, WŁĄCZNIE („OKRES KLASY").**

**NINIEJSZE ZAWIADOMIENIE ZOSTAŁO ZATWIERDZONE PRZEZ SĄD. NIE STANOWI ONO NAKŁANIANIA DO SKORZYSTANIA Z POMOCY PRAWNEJ. PROSIMY O UWAŻNE PRZECZYTANIE NINIEJSZEGO ZAWIADOMIENIA W CAŁOŚCI.**

NINIEJSZYM ZAWIADAMIA SIĘ, że **27 sierpnia 2026 r. o godz. 11:00** czasu wschodniego odbędzie się posiedzenie sądu przed sędzią Jed'em S. Rakoff'em w Sądzie Okręgowym Stanów Zjednoczonych dla Południowego Okręgu Nowego Jorku w budynku Sądu Federalnego im. Daniela Patricka Moynihan'a pod adresem 500 Pearl Street, Nowy Jork, NY, 10007 w celu ustalenia, czy: (1) proponowana ugoda (UGODA) w powyżej wymienionej sprawie („Postępowanie sądowe") określona w Porozumieniu ugody z dnia 27 marca 2026[1] na kwotę 72 500 000 USD w gotówce powinna zostać zatwierdzona przez Sąd jako sprawiedliwa, rozsądna i odpowiednia; (2) Wyrok powinien być wydany zgodnie z Porozumieniem ugody, umarzając Postępowanie sądowe bez możliwości wznowienia; (3) przyznać Boies Schiller Flexner LLP i Edwards Henderson PLLC honoraria adwokackie oraz niezwrotne koszty i wydatki z Funduszu Ugody oraz Nagrodę Motywacyjną dla Imiennej Powódki z Globalnego Funduszu Ugody (zgodnie z definicją w Zawiadomieniu o Proponowanej Ugodzie w Sprawie Powództwa Zbiorowego (ZAWIADOMIENIE), które jest omówione poniżej)) i, jeśli tak, w jakiej wysokości; oraz (4) Plan Alokacji (opisany w Uzgodnieniu ugodowym i Zawiadomieniu) powinien zostać zatwierdzony przez Sąd jako sprawiedliwy, rozsądny i odpowiedni. Sąd może zakończyć lub odroczyć Posiedzenie ugodowe, lub przeprowadzić je telefonicznie lub za pośrednictwem wideokonferencji, bez dalszego powiadomienia członków klasy.

Jesteś członkinią grupy powództwa, jeśli należysz do następującej grupy:

Wszystkie kobiety, które były ofiarami molestowania seksualnego lub handlu ludźmi ze strony Jeffreya Epsteina, lub ze strony jakakolwiek osoby związanej lub powiązanej z Jeffreyem Epsteinem lub w ramach jakiegokolwiek przedsięwzięcia Jeffreya Epsteina związanego z handlem ludźmi w celach seksualnych w okresie od 30 czerwca 2008 do 6 lipca 2019, włącznie. Obejmuje to, ale nie ogranicza się do: (1) dziewcząt poniżej 18 roku życia, które miały kontakt seksualny z Epsteinem i/lub osobą związaną z Epsteinem, i otrzymały pieniądze lub inną wartość w zamian za ten kontakt seksualny; (2) kobiet w wieku 18 lat lub starszych, które zostały zmuszone, poddane przymusowi lub oszukane przez Epsteina i/lub kogokolwiek związanego z Epsteinem lub w inny sposób powiązanego z Epsteinem w celu nawiązania kontaktów seksualnych, poprzez, na przykład, użycie siły fizycznej, groźby krzywdy lub działań prawnych, złożenie fałszywej obietnicy lub spowodowanie, że uwierzyły, iż niepodjęcie kontaktu seksualnego spowoduje krzywdę, i które otrzymały pieniądze lub inną wartość w zamian za ten kontakt seksualny; oraz (3) dziewcząt lub kobiet w każdym wieku, z którymi Epstein i/lub osoba związana z Epsteinem lub w inny sposób z nim powiązana, miała kontakt seksualny bez zgody (nawet jeśli kontakt seksualny został odebrany jako dobrowolny, pod warunkiem że dziewczyna lub kobieta w chwili nawiązania tego kontaktu nie ukończyła 18. roku życia.).

Aby wziąć udział w podziale Funduszu ugodowego, musisz ustanowić swoje prawa, poprzez przesłanie Poufnego Kwestionariusza i Zwolnienia za pośrednictwem bezpiecznego, dedykowanego portalu online (**nie później niż 12 czerwca 2026 o godzinie 23:59 czasu wschodniego**) lub pocztą, z datą stempla pocztowego nie późniejszą niż **12 czerwca 2026 r**. Twoje nieprzesłanie Poufnego Kwestionariusza i Zwolnienia do **12 czerwca 2026** spowoduje odrzucenie twojego roszczenia i uniemożliwi otrzymanie jakiegokolwiek odszkodowania w związku z Ugodą w niniejszym Postępowaniu sądowym.

Aby zrezygnować z Ugody i zachować swoje roszczenie związane z Postępowaniem sądowym, należy wysłać podpisane pismo pocztą zwykłą z przedsięwzięcia, że chce się zostać wykluczoną z powództwa grupowego w następującym Postępowaniu sądowym: *Jane Doe przeciwko Bank of America, N.A.*, Sprawa sądowa nr 1:25-cv-8520 (JSR). Należy upewnić się, że pismo zawiera Twoje imię i nazwisko, adres i numer telefonu. Wniosek o wykluczenie musi być opatrzony datą stempla pocztowego nie późniejszą niż **13 maja 2026 r**. i wysłany do Administratora Funduszu na adres:

Simone Lelchuk
Resolution Services LLC
c/o FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022

Jeśli chciałabyś otrzymać kopię Zawiadomienia, w którym dokładniej opisano Ugodę i Twoje prawa z niej wynikające (w tym prawo do sprzeciwu wobec Ugody), lub opisane w niniejszym dokumencie Formularze Ugody, możesz uzyskać te dokumenty, a także kopię Porozumienia ugodowego (które, między innymi, zawiera definicje zdefiniowanych terminów użytych w niniejszym Podsumowaniu zawiadomienia) i innych dokumentów dotyczących Ugody w Internecie pod adresem www.2026SurvivorsBankSettlementFund.com.

Zapytań NIE należy kierować do Pozwanego, Adwokata Pozwanego, Sądu ani Sekretarza Sądu.

Zapytania, inne niż prośby o Zawiadomienie lub Formularze Ugody, można kierować do

Pełnomocnika Grupy:

Sigrid McCawley
Andrew Villacastin
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telefon: (212) 446-2300
E-mail: EpsteinBOASettlement@bsfllp.com

Brad Edwards
Brittany Henderson
EDWARDS HENDERSON PLLC
425 N Andrews Ave, STE 2
Fort Lauderdale, FL 33301
Telefon: (833) 780-0834

JEŚLI CHCESZ ZOSTAĆ WYKLUCZONA Z POWÓDZTWA GRUPOWEGO, MUSISZ PRZESŁAĆ PODPISANE PISMO POCZTĄ PIERWSZEJ KLASY, ABY ZREZYGNOWAĆ Z TEJ UGODY, Z DATĄ STEMPLA POCZTOWEGO DO **13 MAJA 2026 R.**, W SPOSÓB I W FORMIE WYJAŚNIONEJ W ZAWIADOMIENIU. WSZYSTKIE CZŁONKINIE POWÓDZTWA GRUPOWEGO, KTÓRE NIE ZŁOŻYŁY WNIOSKU O WYŁĄCZENIE Z POWÓDZTWA GRUPOWEGO, BĘDĄ ZWIĄZANE UGODĄ, NAWET JEŚLI NIE ZŁOŻĄ F ORMULARZY UGODY.

JEŻELI JESTEŚ CZŁONKINIĄ POWÓDZTWA GRUPOWEGO, MASZ PRAWO WNIEŚĆ SPRZECIW WOBEC UGODY, PLANU PODZIAŁU ŚRODKÓW ORAZ WNIOSKU PEŁNOMOCNIKA GRUPY O PRZYZNANIE WYNAGRODZENIA NIEPRZEKRACZAJĄCEGO TRZYDZIESTU PROCENT (30%) KWOTY UGODY POWIĘKSZONEJ O UZASADNIONE KOSZTY I WYDATKI, A TAKŻE O ODSETKI NALICZONE OD OBU TYCH KWOT WEDŁUG TAKIEJ SAMEJ STOPY PROCENTOWEJ, JAKA ZOSTAŁA OSIĄGNIĘTA W RAMACH GLOBALNEGO FUNDUSZU UGODOWEGO. WSZELKIE SPRZECIWY MUSZĄ ZOSTAĆ ZŁOŻONE W SĄDZIE I DORĘCZONE PEŁNOMOCNIKOWI GRUPY ORAZ PEŁNOMOCNIKOWI POZWANEGO **DO DNIA 6 SIERPNIA 2026 R.** W SPOSÓB I FORMIE OPISANEJ W ZAWIADOMIENIU.

DATA: 13 KWIETNIA 2026 R.

POSTANOWIENIEM SĄDU OKRĘGOWEGO STANÓW ZJEDNOCZONYCH DLA POŁUDNIOWEGO OKRĘGU NOWEGO JORKU

[1] Uzgodnienie ugodowe jest dostępne do wglądu i/lub pobrania na stronie www.2026SurvivorsBankSettlementFund.com.

www.2026SurvivorsBankSettlementFund.com    1-888-964-1154

# Exhibit A-2

# Giuffre's brother has message for Charles

## He wants king to meet Epstein survivors

**Laura Trujillo**
USA TODAY

As King Charles III joins President Donald Trump at the White House for a private tea next week, Sky Roberts will be a mile away, meeting with senators in the U.S. Capitol.

The two are connected in an inextricable way by their siblings.

Sky Roberts' sister is Virginia Roberts Giuffre. She accused the king's younger brother, Andrew Mountbatten-Windsor, the former prince, of sexually abusing her at the age of 17 when she was trafficked by Jeffrey Epstein.

Giuffre died by suicide a year ago at 41.

Mountbatten-Windsor was stripped of his titles in 2025 and forced out of his royal residence. He settled a civil lawsuit with Roberts Giuffre back in 2022, but never admitted to wrongdoing. He hasn't been charged for any alleged sex crimes, but was arrested this year on suspicion of misconduct in public office over allegations he passed confidential documents to Epstein. He now lives on Sandringham Estate, the king's private estate in Norfolk, England.

Roberts wants the king to meet with him and survivors of sexual abuse on his visit to the United States, slated to begin April 27. His sister was one of the most outspoken survivors against the disgraced prince and Epstein.

"I want the king to look me in the face, to see my sister in me. I'm her blood. I want him to see Virginia in a different way than just reading it in the news," Roberts told USA TODAY in an exclusive interview. "This isn't about the king coming here and celebrating with Trump. This should be about you coming here and taking a stand, to set an example for other world leaders and come forward for survivors."

Roberts understands this is a big ask.

While Charles and Camilla are joining dignitaries at a black-tie state dinner at the White House, Roberts will be at his chain hotel. He will be prepping talking points to lobby for "Virginia's Law," named for his sister, which would eliminate the statute of limitations that has shielded sex traffickers such as Epstein.

For years, the British family ignored any wrongdoing by the man who was once second in line to the throne.

However, in various statements released through Buckingham Palace, Charles has expressed his "deepest concern" about the events concerning his brother. He has said he supports an investigation and that it would have his "full and wholehearted support and cooperation." Britain's monarch has stated that the law must apply to everyone. It was not immediately clear if Roberts made a direct request to meet the king.

Buckingham Palace said in a lengthy statement provided to USA TODAY that it would not be possible during the state visit for a meeting to take place. "We fully understand and appreciate the survivors' and their advocates' position, but can only reiterate that anything arising from such meeting could potentially impact on ongoing police inquiries and assessments, and any potential legal action that could result from that, would be to the detriment of the survivors themselves in their pursuit of justice."

The king and queen's state visit will mark the 250th anniversary of America's independence, but also is to smooth Great Britain's relations with Trump.

"I'm not asking them to fly me over there and meet in the palace. The king will be 10 minutes away from the family of Virginia, from me. I just want 10 minutes with him so he can do the right thing," Roberts says. "King Charles has the opportunity to stand with survivors, to make a change for the next generation."

Roberts believes the U.S. and U.K. governments failed his late sister. They failed to investigate Mountbatten-Windsor's role in sex trafficking and abuse of girls. And U.S. officials still haven't released the entirety of the Epstein files or held all those responsible accountable.

Ghislaine Maxwell was convicted in 2021 of sex trafficking a minor to Epstein. She was sentenced to 20 years and is now at a minimum-security prison in Texas. Epstein died by suicide in prison in 2019, while still awaiting trial.

### 'Virginia started a movement'

The timing of Charles' visit feels almost divine, Roberts says.

Two days before the royals' arrival, Roberts will participate in a memorial to celebrate his sister's life on April 25, marking the first anniversary of her



Sky Roberts, brother of Virginia Roberts Giuffre, and Amanda Roberts, her sister-in-law, hold signs outside Zorro Ranch, once owned by Jeffrey Epstein, on International Women's Day near Stanley, N.M., in March. REBECCA NOBLE/REUTERS

---

"I want the king to look me in the face, to see my sister in me. … I want him to see Virginia in a different way than just reading it in the news."

**Sky Roberts**
Brother of Virginia Giuffre

---

death.

"It almost felt as if it was set up by Virginia, dancing in the sky," he says. "I think of her (saying), 'Don't worry, let me put the chess pieces in play. I know you can be there for me.'"

The event also will recognize domestic violence awareness and suicide prevention.

Hundreds of women now call themselves the Survivor Sisters and have pushed to identify Epstein associates who say they abused or raped them or participated in trafficking.

"There has been such an outpouring of love and support. We wanted it to be a moment for all survivors," Roberts says. "Virginia started a movement. She did something really special in standing up. She deserves this moment."

### 'She protected me for so long. It's my turn.'

A year ago, Roberts was in Perth, Australia, with his sister.

She wasn't doing well. Although she had almost finished writing her memoir, "Nobody's Girl," which was published posthumously in October 2025, she was struggling.

She and her husband were estranged. Her brother says that she confided that her husband had been abusive. After an argument, her husband took out a restraining order, which prevented her from seeing their three children, ages 19, 16 and 15, until June.

Her older brother, Danny Wilson, came in late March to be with her. Roberts followed in April.

"We didn't want Sissie to be alone," he says.

They spent the next two weeks cooking, hanging out together just as they did as children, growing up among the Cypress trees in a rural area outside West Palm Beach. When they were young, it was Roberts Giuffre who looked after her little brother, waking up and comforting him in his crib when she was just 5. She carried him around like her own baby, his legs dangling.

She once saved him from a poisonous water moccasin, and she protected him when their parents were fighting, covering his ears. She also shielded him from abuse at the hands of their father, she wrote in her book.

This time, Roberts played the role of protector.

He wanted to keep her safe. "They seemed so happy," his wife, Amanda, says. "There were actual giggles, the kind we hadn't heard for years."

Roberts and his sister went shopping at thrift stores and just sat together, sometimes in silence. "She was herself again," he says of those last days.

The next day, April 25, 2025, she was gone.

Roberts found her.

In the days after losing a loved one, it can feel impossible to move under the weight of grief. With suicide, that weight is compounded, often by guilt.

Roberts felt this.

"People don't understand what happens when you lose someone that way," he says. "You feel this sense of, I couldn't take that weight from her while she was still here. She protected me for so long. It's my turn. I want to do this for her."

Giuffre Roberts' husband and children held a private service in Australia.

Roberts returned to his Colorado home, where he and Amanda had visited a wolf sanctuary, a place his sister loved. He marked her death in a way that was intimate and private. Roberts Giuffre had told her brother she wanted her ashes spread there.

His sister's bravery, he says, gets him up to tell her story, when all he wants to do is cry. He lobbies on her behalf, stands with other survivors of Epstein.

Roberts knew his sister was writing her memoir, but he didn't get a copy until about a week before publication.

In it, there were things he knew, including how she first met Mountbatten-Windsor in March 2001. She was 17. Epstein and his associate Ghislaine Maxwell introduced them.

Maxwell told the teen her job was to take care of the now-former prince.

He wipes his tears on the inside of his shirt.

He takes a breath. "She used to tell me as an adult, 'I'm so freaking proud of you, my baby brother, you inspire me,'" he says. "But she was the one who inspired me. She's the reason I'm the father and husband I am."

"It was beautiful in the end," Amanda says, "that she got to lean on her brother for help."

He and his wife lay in bed that October night, each with a copy of the book. Amanda was a few pages ahead. The two were close, like sisters, with Roberts Giuffre holding Amanda's hand through the 26-hour labor of her first child.

"Skydy," Amanda says, the name Roberts Giuffre called her little brother.

When Amanda got to this part of the book, she stopped.

"I heard her speak his name when I was reading. I thought, this is going to be a really hard chapter for him," she says. She told him to steel himself for it. "But it was a gift that she unknowingly gave him."

### 'Justice for survivors'

The king's visit is an opportunity, Roberts says.

"The royal family has a few options," he says. "They can have a stain on their family moving forward. Or they can come forward."

He says it isn't just his sister and the former prince who know what happened. Others know, too.

Roberts applauds the king for his statement in support of a "proper investigation." But so far, that hasn't been specifically about the sex abuse allegations. "We want him to be a leader who steps up and says they are behind free and fair investigations and that they want to see justice for survivors," Roberts says.

His sister's story is often told as one of bravery – of coming forward, of telling her story repeatedly even when no one believed her.

He says her story is the story of so many other survivors, many of whom have now become like sisters to him and his wife. Then he pauses, "Remind me to text Maria Farmer," he says to his wife. She is another woman who has accused Epstein of abuse, and Roberts has been helping her.

These women were like Roberts Giuffre's sisters.

He can no longer stand with her. So they will stand together.

*Contributing: Kim Hjelmgaard in London.*

---

**LEGAL NOTICE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jane Doe, individually and on behalf of all others similarly situated, Plaintiff, v. Bank of America, N.A., Defendant.

Case No. 1:25-cv-8520-JSR

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL WOMEN WHO WERE SEXUALLY ABUSED OR TRAFFICKED BY JEFFREY EPSTEIN BETWEEN JUNE 30, 2008 AND JULY 6, 2019, INCLUSIVE (THE "CLASS PERIOD").**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on **August 27, 2026 at 11:00 AM EDT**, before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007 to determine whether: (1) the proposed settlement (the "Settlement") of the above captioned case ("Litigation") as set forth in the Stipulation of Settlement dated March 27, 2026[1] for $72,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation of Settlement should be entered dismissing the Litigation with prejudice; (3) to award Boies Schiller Flexner LLP and Edwards Henderson PLLC attorneys' fees, and unreimbursed costs and expenses out of the Settlement Fund and Named Plaintiff an incentive award out of the Global Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; and (4) the Plan of Allocation (as described in the Stipulation of Settlement and Notice) should be approved by the Court as fair, reasonable, and adequate. The Court may adjourn or continue the Settlement Hearing, or hold it via telephone or video conference, without further notice to Class Members.

You are a Class Member if you are included within the following group:

All women who were sexually abused or trafficked by Jeffrey Epstein, or by any person who is connected to or otherwise associated with Jeffrey Epstein or any Jeffrey Epstein sex trafficking venture, between June 30, 2008 and July 6, 2019, inclusive. This includes, but is not limited to, (1) girls under the age of 18 who engaged in sexual contact with Epstein and/or a person connected to or otherwise associated with Epstein, and received money or something else of value in exchange for engaging in that sexual contact; (2) women aged 18 or older who were forced, coerced, or defrauded into engaging in sexual contact by Epstein, and/or anyone connected to Epstein or otherwise associated with Epstein by, for example, using physical force, threatening harm or legal action, making a false promise, or causing them to believe that not engaging in sexual contact would result in harm, and who received money or something else of value in exchange for engaging in that sexual contact; and (3) girls or women of any age with whom Epstein, and/or a person connected to or otherwise associated with Epstein, engaged in sexual contact without consent (even if the sexual contact was perceived to be consensual provided that the girl or woman was under the age of 18 at the time of engaging in that contact).

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Confidential Questionnaire and Release through a secure, dedicated online portal (**no later than June 12, 2026 11:59 PM EDT**) or by mail such that it is postmarked no later than **June 12, 2026**. Your failure to submit a Confidential

Questionnaire and Release by **June 12, 2026** will result in a rejection of your claim and preclude you from receiving any recovery in connection with the Settlement of this Litigation.

To opt-out of the Settlement and preserve your claims related to the Litigation, you must send a signed letter by First-Class Mail saying that you want to be excluded from the Class in the following Litigation: *Jane Doe v. Bank of America, N.A.*, Case No. 1:25-cv-8520 (JSR). Be sure to include your name, address, telephone number. Your exclusion request must be postmarked by no later than **May 13, 2026** and sent to the Fund Administrator at:

Simone Lelchuk
Resolution Services LLC
c/o FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022

If you would like a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to participate in the Settlement), or the Settlement Forms described herein, you may obtain these documents, as well as a copy of the Stipulation of Settlement (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2026SurvivorsBankSettlementFund.com.

Inquiries should NOT be directed to Defendant, Defendant's Counsel, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for the Settlement Forms, may be made to

Class Counsel:
Sigrid McCawley
Andrew Villacastin
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Email: EpsteinBOASettlement@bsfllp.com

Brad Edwards
Brittany Henderson
EDWARDS HENDERSON PLLC
425 N Andrews Ave, STE 2
Fort Lauderdale, FL 33301
Telephone: (833) 780-0834

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A SIGNED LETTER VIA FIRST-CLASS MAIL TO OPT OUT OF THIS SETTLEMENT SUCH THAT IT IS **POSTMARKED BY MAY 13, 2026**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT SETTLEMENT FORMS.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY CLASS COUNSEL NOT TO EXCEED THIRTY PERCENT (30%) OF THE SETTLEMENT AMOUNT AND UNREIMBURSED COSTS AND EXPENSES, PLUS INTEREST EARNED ON BOTH AMOUNTS AT THE SAME RATE AS EARNED IN THE GLOBAL SETTLEMENT FUND. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND RECEIVED BY CLASS COUNSEL AND DEFENDANT'S COUNSEL **BY AUGUST 6, 2026** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: APRIL 13, 2026        BY ORDER OF THE
UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT
OF NEW YORK

[1] The Stipulation of Settlement can be viewed and/or obtained at www.2026SurvivorsBankSettlementFund.com.

www.2026SurvivorsBankSettlementFund.com                    1-888-964-1154

# Exhibit A-3

**Le Monde**
VENDREDI 24 AVRIL 2026

FRANCE | **9**

# Alerte sur les excès de la chasse à la fraude sociale

## La Défenseure des droits déplore notamment que le droit à l'erreur des bénéficiaires soit souvent ignoré

La lutte contre la fraude sociale est légitime, mais elle ne doit pas se faire au détriment des droits des usagers. Dans un rapport publié jeudi 23 avril, la Défenseure des droits, Claire Hédon, alerte sur les dérives qui fragilisent les bénéficiaires d'aides sociales. Un constat sensible alors que le gouvernement s'apprête à durcir l'arsenal contre les fraudes. Le projet de loi sur la lutte contre les fraudes sociales et fiscales, adopté par l'Assemblée le 7 avril, doit encore être discuté en commission mixte paritaire.

L'enquête, fruit de plusieurs mois de travail et qui s'appuie sur les réclamations reçues par la Défenseure des droits et des rencontres avec les organismes sociaux, pose un diagnostic assez sévère sur les pratiques menées jusqu'ici en la matière. Elle décrit une mécanique de contrôle devenue massive et dont les conséquences pèsent parfois lourdement sur les usagers. Des observations qui interrogent la capacité des pouvoirs publics à concilier efficacité des contrôles et respect des droits fondamentaux. C'est le troisième rapport de l'institution sur ce thème après ceux de 2017 et 2019.

La montée en puissance des dispositifs de contrôle ces dernières années s'inscrit dans un climat de forte pression politique et financière. La lutte contre la fraude est un ressort puissant pour s'adresser aux électeurs dans un contexte de finances publiques sous tensions. D'autant plus quand les clichés sur l'assistanat sont entretenus par une bonne partie du monde politique depuis des années. *« Il y a un discours assez général qui stigmatise les plus pauvres et les étrangers, qui crée une suspicion à l'égard des bénéficiaires d'aides sociales »*, affirme au *Monde* Claire Hédon. Avec l'idée sous-jacente que ces populations profiteraient du système. *« Il y a un glissement de terrain qui doit concerner tout le monde, notre démocratie est fondée sur le respect des droits fondamentaux des citoyens, quels qu'ils soient »*, ajoute M^me Hédon.

### Recours aux algorithmes

Selon le Haut Conseil pour le financement de la protection sociale, la fraude sociale est estimée à 14 milliards d'euros en 2025, contre 80 à 120 milliards d'euros pour la fraude fiscale. Le rapport rappelle aussi que la majeure partie de la fraude sociale provient du travail dissimulé, la part imputable aux assurés représentant environ 36 % des montants estimés, contre 52 % pour les entreprises et travailleurs indépendants et 12 % pour les professionnels de santé.

La fraude sociale fait pourtant l'objet d'une attention croissante, et l'augmentation des contrôles devient un objectif politique.

En 2024, Gabriel Attal, alors premier ministre, avait annoncé vouloir atteindre 1,5 million de contrôles sur les demandeurs d'emploi à la fin du quinquennat. Une stratégie nourrie par une opinion publique sensible. *« Trois quarts des Français estiment que beaucoup de personnes perçoivent des allocations sans y avoir droit, et près de 80 % jugent les contrôles insuffisants »*, rappelle l'étude.

Cette massification des contrôles peut avoir des conséquences multiples, et parfois lourdes, pour les usagers et leurs proches. L'accusation de fraude entraîne des sanctions financières importantes, comme le remboursement

> **La fraude sociale est estimée à 14 milliards d'euros en 2025, contre de 80 à 120 milliards d'euros pour la fraude fiscale**

des indus, des pénalités ou des plans de recouvrement qui peuvent compromettre le « reste à vivre » des allocataires. Pour répondre aux injonctions, les organismes publics ont profondément transformé leurs pratiques. Le rapport décrit une *« industrialisation »* des contrôles considérés comme *« asymétriques, opaques, violents, intimidants et empreints d'une présomption forte de culpabilité »*, avec une généralisation du recours aux algorithmes et au croisement des données. Le ciblage algorithmique pose également la question des discriminations. L'étude évoque un risque de *« surciblage »* de certaines catégories de population, sans évaluation suffisante des effets de ces outils.

L'amplification des contrôles s'inscrit par ailleurs dans une réglementation très complexe, *« peu accessible et mal expliquée »*, et qui s'avère *« génératrice d'incompréhensions pour les usagers, et donc d'erreurs »*, souligne l'enquête. La Défenseure des droits fait le constat d'une information *« toujours incomplète »* sur les procédures et les notifications de décisions sont jugées insuffisamment motivées, et les voies de recours mal indiquées. Claire Hédon plaide donc pour une amélioration de l'information des usagers *« avant, pendant, et après »* les contrôles. *« Il apparaît indispensable que les organismes axent davantage leurs efforts sur la prévention, plutôt que sur le contrôle et la répression, en délivrant notamment une information intelligible et accessible »*, insistent les auteurs du rapport.

Ces travaux mettent en exergue un problème majeur véhiculé par la lutte contre la fraude sociale telle qu'elle est pensée actuellement : la différence entre l'erreur et la fraude, qui doit reposer sur une intention. *« Le droit à l'erreur n'est pas une tolérance »*, martèle ainsi Claire Hédon. Le droit à l'erreur a été instauré par la loi Essoc de 2018, qui établit la possibilité de se tromper dans ses déclarations à l'administration sans risquer une sanction dès le premier manquement. Une présomption de bonne foi qui contredit la présomption de culpabilité qui semble peser d'office sur les bénéficiaires de prestations sociales. *« Cette loi n'est pas suffisamment appliquée »*, tance M^me Hédon. *Il y a sans cesse une confusion entre la fraude et l'erreur. L'intentionnalité est un élément nécessaire à la caractérisation de la fraude, c'est à l'organisme social de la prouver »*.

Cette situation contribue à renforcer la défiance des usagers envers les organismes et peut décourager le recours aux prestations. Les chiffres sont pourtant éloquents : le non-recours aux droits est estimé à 34 % pour le revenu de solidarité active et à 50 % pour l'allocation de solidarité aux personnes âgées. Un non-recours qui peut s'expliquer par une méconnaissance des droits, mais aussi par une incompréhension des procédures avec des personnes qui entament leurs démarches mais abandonnent face à des procédures trop complexes ainsi que par la peur du contrôle alors qu'on est de bonne foi. *« La stigmatisation attachée au risque de qualification de fraude est susceptible de constituer un frein au recours aux prestations sociales »*, signale le rapport. Claire Hédon fustige le *« double discours »* des pouvoirs publics sur le sujet : *« On veut lutter contre le non-recours mais on ne le budgétise pas. En laissant perdurer toutes ces complexités, on accepte le risque du non-recours. »* ■

**THIBAUD MÉTAIS**

### CARBURANTS
**Raphaël Glucksmann veut taxer les entreprises pétrolières**

L'eurodéputé Place Publique Raphaël Glucksmann a plaidé, jeudi 23 avril, pour que les superprofits réalisés par les entreprises pétrolières grâce à la guerre au Moyen-Orient soient taxés afin de financer des mesures d'accompagnement des prix du carburant. *« Ce sont des profits qui sont liés à la guerre »*, a expliqué, sur TF1, le probable candidat à la présidentielle de 2027. – (AFP.)

### EXTRÊME DROITE
**Le maire RN de Liévin supprime une cérémonie du 1er-Mai**

Le nouveau maire Rassemblement national de Liévin (Pas-de-Calais), Dany Paiva, a décidé de supprimer une cérémonie organisée chaque 1er-Mai en mairie avec les syndicats, tout en maintenant un hommage aux mineurs, a-t-il annoncé, mercredi 22 avril, confirmant une information de France Inter. Jusqu'à présent, le dépôt de gerbe en hommage aux mineurs était suivi d'une cérémonie à l'hôtel de ville, lors de laquelle les organisations syndicales prenaient la parole. Selon Dany Paiva, celles-ci *« sont là uniquement pour faire de la politique au niveau national »* et de la *« propagande »*. *« Cela n'a pas du tout lieu d'être »*, a estimé l'édile de cette commune marquée par son histoire minière. La remise des médailles aux travailleurs habituellement organisée à cette occasion *« sera reportée dans l'année »*, a-t-il ajouté. – (AFP.)

---

# Plainte des préfets contre un député LFI

## L'association préfectorale a déposé une plainte pour « diffamation et injures » contre Bastien Lachaud après des propos sur X

Une démarche rare. Alors qu'elle intervient très peu dans le jeu politique, l'Association du corps préfectoral et des hauts fonctionnaires du ministère de l'intérieur a décidé de porter plainte contre le député de La France insoumise (LFI) Bastien Lachaud pour *« diffamations et injures »* après des propos de sa part à l'encontre des préfets.

Dans le viseur de l'association : un message posté sur le réseau social X le 8 avril, dans lequel le parlementaire de Seine-Saint-Denis se fait l'écho de critiques de préfets à la suite d'inflexions du ministre de l'intérieur sur la politique migratoire. *« Les préfets protestent contre* [Laurent] *Nuñez... parce qu'il leur rappelle qu'ils doivent quand même régulariser parfois quelques personnes, et qu'il n'y a aucune base légale pour interdire totalement le voile !*, écrit Bastien Lachaud. *Non mais vous vous rendez compte du niveau de dinguerie facho ? »* Cela, ajoute-t-il, dans ce message, *« confirme ce que l'on savait déjà. (...) Le corps préfectoral est encore plus gangréné par l'idéologie xénophobe, islamophobe et raciste que ne l'est le gouvernement »*.

Des propos qui ont poussé l'Association du corps préfectoral à sortir de sa traditionnelle réserve. *« [Leur] outrance nous appellerait que le mépris, mais leur violence menace des hauts fonctionnaires qui n'agissent que dans le cadre de la Constitution, des lois et des principes républicains »*, souligne son président, le préfet de la région Occitanie, Pierre André-Durand, en dénonçant des *« accusations graves »*.

Après ce message de Bastien Lachaud, le ministre de l'intérieur était aussi monté au créneau pour apporter son *« soutien »* aux préfets et critiquer les propos *« insultants »*. *« Vos propos tombent sous le coup de la loi et j'en tirerai toutes les conséquences »*, a lancé Laurent Nuñez à l'adresse de Bastien Lachaud, le 11 avril. La Place Beauvau compte-t-elle aussi poursuivre le député LFI ? Sollicité, l'entourage du ministre n'a pas répondu.

### « Reprendre en main »

*« J'assume »*, a rétorqué l'élu sur Facebook, le 13 avril. *« Ces menaces ne m'impressionnent pas »*, y développait-il en affichant le souhait des *« insoumis »* de *« reprendre en main la haute fonction publique »* en cas d'arrivée au pouvoir en 2027. Et, selon ses termes, d'*« en finir avec sa dérive réactionnaire et autoritaire »*.

En août 2025, lors des universités d'été de LFI, Jean-Luc Mélenchon s'en était déjà pris aux préfets en les accusant d'*« intimidation »* à la suite de plaintes préfectorales contre des députés *« insoumis »*. *« Le devoir de préfet est de servir et d'obéir à la loi, et la loi, c'est que c'est lui qui se tait »*, avait-il déclaré avant de menacer de mettre les préfets en cas d'accession au pouvoir. *« Vichy, c'est fini. Nous vous mettrons en prison avant que vous nous y mettiez »*, avait tonné le leader LFI. Des propos qui lui ont également valu une plainte pour *« menaces »* de la part de l'Association du corps préfectoral. Déposée en septembre 2025, celle-ci est toujours en cours de traitement.

**BASTIEN SCORDIA**

---

## AVIS JUDICIAIRE

**TRIBUNAL DE DISTRICT DES ÉTATS-UNIS DISTRICT SUD DE NEW YORK**

Jane Doe, à titre individuel et au nom de toutes les autres personnes se trouvant dans une situation similaire, Demandeur, c. Bank of America, N.A., Défenderesse.

Affaire n° 1 :25-cv-8520-JSR

**SOMMAIRE DE L'AVIS RELATIF À UN PROJET DE RÈGLEMENT PROPOSÉ D'UN RECOURS COLLECTIF**

**À : TOUTES LES FEMMES AYANT FAIT L'OBJET D'ABUS SEXUELS OU DE TRAFIC PAR JEFFREY EPSTEIN ENTRE LE 30 JUIN 2008 ET LE 6 JUILLET 2019 INCLUS (LA "PÉRIODE DU RECOURS").**

**LE PRÉSENT AVIS A ÉTÉ AUTORISÉ PAR LE TRIBUNAL. IL NE CONSTITUE PAS UNE SOLLICITATION D'AVOCAT. VEUILLEZ LIRE LE PRÉSENT AVIS ATTENTIVEMENT ET DANS SON INTÉGRALITÉ.**

VOUS ÊTES PAR LA PRÉSENTE AVISÉ qu'une audience se tiendra le **27 août 2026 à 11h 00 HAE**, devant l'Honorable Jed S. Rakoff au Tribunal de District des États-Unis pour le District Sud de New York (Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007), afin de déterminer si : (1) le Règlement (" Règlement ") de l'affaire susmentionnée (" Litige "), tel qu'exposé dans la Stipulation de règlement datée du 27 mars 2026[1] pour 72,500,000 $ en espèces, devrait être approuvé par la Cour comme étant juste, raisonnable et adéquat ; (2) le Jugement tel que prévu par la Stipulation de règlement devrait être rendu, prononçant le rejet le Litige avec préjudice ; (3) d'accorder à Boies Schiller Flexner LLP et Edwards Henderson PLLC des honoraires d'avocats ainsi que des frais et dépenses non remboursés provenant du Fonds de règlement et au Demandeur désigné une indemnité incitative provenant du Fonds de règlement global (tel que défini dans l'Avis de proposition de règlement de l'action collective "Avis"), dont il est question ci-dessous) et, le cas échéant, pour quel est le montant ; et (4) le Plan de répartition (tel que décrit dans la Stipulation de règlement et l'Avis) devrait être approuvé par la Cour comme étant juste, raisonnable et adéquat. La Cour peut ajourner ou reporter l'audience de règlement, ou la tenir par téléphone ou vidéoconférence, sans préavis supplémentaire aux membres de l'action collective.

Vous êtes un membre de l'action collective si vous faites partie du groupe suivant :

Toutes les femmes qui ont été victimes d'abus sexuels ou trafiquées par Jeffrey Epstein, ou par toute personne liée ou associée à Jeffrey Epstein ou par toute entreprise de trafic sexuel de Jeffrey Epstein, entre le 30 juin 2008 et le 6 juillet 2019 inclus. Cela inclut, sans s'y limiter, (1) les filles âgées de moins de 18 ans qui ont eu des contacts sexuels avec Epstein et/ou une personne liée ou associée d'une autre manière à Epstein, et qui ont reçu de l'argent ou autre bien de valeur en échange de ces contacts sexuels ; (2) les femmes âgées de 18 ans ou plus qui ont été forcées, contraintes ou trompées afin d'avoir des contacts sexuels par Epstein et/ou une personne liée à Epstein ou autrement associée à Epstein, par exemple, par l'usage de la force physique, les menaces et d'un préjudice ou d'une action en justice, la formulation d'une fausse promesse ou en leur faisant croire que le refus d'avoir de contacts sexuels entraînerait un préjudice, et qui ont reçu de l'argent ou autre bien de valeur en échange de contacts sexuels ; et (3) les filles ou les femmes de tout âge avec lesquelles Epstein, et/ou une personne liée ou associée à Epstein, qui a eu un contact sexuel sans consentement (même si le contact sexuel était perçu comme consensuel, à condition que la fille ou la femme soit âgée de moins de 18 ans au moment de ce contact).

Pour participer à la répartition du Fonds de règlement, vous devez établir vos droits en soumettant un questionnaire confidentiel en ligne et une décharge par le biais d'un portail en ligne dédié et sécurisé (**au plus tard le 12 juin 2026 à 23 h 59 HAE**), par courrier, le cachet de la poste faisant foi, au plus tard le **12 juin 2026**. Le défaut de soumission d'un Questionnaire confidentiel et de Décharge avant le **12 juin 2026**, entraînera le rejet de votre réclamation et vous empêchera de recevoir toute compensation dans le cadre du Règlement de ce Litige.

Pour vous exclure du Règlement et préserver vos réclamations liées au Litige, vous devez envoyer une lettre signée par courrier de première classe indiquant que vous souhaitez être exclu du Recours dans le Litige suivant : *Jane Doe c. Bank of America, N.A.*, Case No. 1 :25-cv-8520 (JSR). Veillez à indiquer votre nom, votre adresse et votre numéro de téléphone. Votre demande d'exclusion doit porter un cachet de la Poste datant du **13 mai 2026** et être envoyée à l'administrateur du fonds, à :

Simone Lelchuk
Resolution Services LLC
c/o FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022

Si vous souhaitez obtenir une copie de l'Avis, qui décrit plus complète le Règlement et vos droits en vertu de celui-ci (y compris votre droit de vous opposer au Règlement), ou les Formulaires de Règlement décrits dans le présent document, vous pouvez obtenir ces documents, ainsi qu'une copie de la Stipulation de Règlement (qui, entre autres, contient des définitions pour les termes définis utilisés dans le présent Avis de sommaire) et d'autres documents relatifs au Règlement, en ligne à l'adresse www.2026SurvivorsBankSettlementFund.com.

Les demandes de renseignements ne doivent PAS être adressées au défendeur, à l'avocat du défendeur, à la Cour ou au greffier de la Cour.

Les demandes de renseignements, autres que les demandes relatives à l'avis ou aux formulaires de règlement, peuvent être adressées au conseil du recours :

Sigrid McCawley

Andrew Villacastin
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY
Téléphone : (212) 446-2300
Courriel : EpsteinBOASettlement@bsfllp.com

Brad Edwards
Brittany Henderson
EDWARDS HENDERSON PLLC
425 N Andrews Ave, STE 2
Fort Lauderdale, FL 33301
Téléphone : (833) 780-0834

SI VOUS SOUHAITEZ ÊTRE EXCLU DU RECOURS, VOUS DEVEZ ADRESSER UNE LETTRE SIGNÉE PAR COURRIER DE PREMIÈRE CLASSE POUR VOUS EXCLURE DE CE RÈGLEMENT, LE CACHET DE LA POSTE FAISANT FOI, AU PLUS TARD LE 13 MAI 2026, SELON LES MODALITÉS ET SOUS LES MODALITÉS EXPLIQUÉES DANS L'AVIS. TOUS LES MEMBRES DU RECOURS QUI N'ONT PAS DEMANDÉ À ÊTRE EXCLUS DU RECOURS SERONT LIÉS PAR LE RÈGLEMENT MÊME S'ILS NE SOUMETTENT PAS LES FORMULAIRES DE RÈGLEMENT.

SI VOUS ÊTES UN MEMBRE DU RECOURS, VOUS AVEZ LE DROIT DE VOUS OPPOSER AU RÈGLEMENT, AU PLAN DE RÉPARTITION, AINSI QU'À LA DEMANDE DES AVOCATS DU RECOURS VISANT À NE PAS DÉPASSER TRENTE POUR CENT (30 %) DU MONTANT DU RÈGLEMENT ET DES COÛTS ET DÉPENSES NON REMBOURSÉS, PLUS LES INTÉRÊTS PRODUITS SUR CES DEUX MONTANTS AU MÊME TAUX QUE CEUX APPLIQUÉS AU FONDS DE RÈGLEMENT GLOBAL. TOUTE OBJECTION DOIT ÊTRE DÉPOSÉE AUPRÈS DU TRIBUNAL ET REÇUE PAR LE CONSEIL DU RECOURS ET LE CONSEIL DU DÉFENDEUR AVANT LE 6 AOÛT 2026, SELON LES MODALITÉS ET SOUS LA FORME EXPLIQUÉES DANS L'AVIS.

DATÉ : LE 13 AVRIL 2026

PAR ORDRE DU TRIBUNAL DE DISTRICT DES ÉTATS-UNIS DISTRICT SUD DE NEW YORK

---

[1] La Stipulation de règlement peut être consulté et/ou obtenue à l'adresse suivante : www.2026SurvivorsBankSettlementFund.com.

www.2026SurvivorsBankSettlementFund.com                                    1-888-964-1154

# Exhibit A-4



# People

May 4, 2026

World's Most Beautiful 2026

## *Anne* in Demand!

The *Devil Wears Prada 2* star is booked and busy—and totally unbothered. How **Anne Hathaway** is embracing life in her 40s with her 'dream' husband and two sons: **'I really value the chill. It's hard won'**

4+

## LEGAL NOTICE

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

Jane Doe, individually and on behalf of all others similarly situated, Plaintiff, v. Bank of America, N.A., Defendant.

Case No. 1:25-cv-8520-JSR

**SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

TO: ALL WOMEN WHO WERE SEXUALLY ABUSED OR TRAFFICKED BY JEFFREY EPSTEIN BETWEEN JUNE 30, 2008 AND JULY 6, 2019, INCLUSIVE (THE "CLASS PERIOD").

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on **August 27, 2026 at 11:00 AM EDT**, before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007 to determine whether: (1) the proposed settlement (the "Settlement") of the above captioned case ("Litigation") as set forth in the Stipulation of Settlement dated March 27, 2026[1] for $72,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation of Settlement should be entered dismissing the Litigation with prejudice; (3) to award Boies Schiller Flexner LLP and Edwards Henderson PLLC attorneys' fees, and unreimbursed costs and expenses out of the Settlement Fund and Named Plaintiff an incentive award out of the Global Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below) and, if so, in what amount; and (4) the Plan of Allocation (as described in the Stipulation of Settlement and Notice) should be approved by the Court as fair, reasonable, and adequate. The Court may adjourn or continue the Settlement Hearing, or hold it via telephone or video conference, without further notice to Class Members.

You are a Class Member if you are included within the following group:

All women who were sexually abused or trafficked by Jeffrey Epstein, or by any person who is connected to or otherwise associated with Jeffrey Epstein or any Jeffrey Epstein sex trafficking venture, between June 30, 2008 and July 6, 2019, inclusive. This includes, but is not limited to, (1) girls under the age of 18 who engaged in sexual contact with Epstein and/or a person connected to or otherwise associated with Epstein, and received money or something else of value in exchange for engaging in that sexual contact; (2) women aged 18 or older who were forced, coerced, or defrauded into engaging in sexual contact by Epstein, and/or anyone connected to Epstein or otherwise associated with Epstein by, for example, using physical force, threatening harm or legal action, making a false promise, or causing them to believe that not engaging in sexual contact would result in harm, and who received money or something else of value in exchange for engaging in that sexual contact; and (3) girls or women of any age with whom Epstein, and/or a person connected to or otherwise associated with Epstein, engaged in sexual contact without consent (even if the sexual contact was perceived to be consensual provided that the girl or woman was under the age of 18 at the time of engaging in that contact).

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Confidential Questionnaire and Release through a secure, dedicated online portal (**no later than June 12, 2026 11:59 PM EDT**) or by mail such that it is postmarked no later than **June 12, 2026**. Your failure to submit a Confidential Questionnaire and Release by **June 12, 2026** will result in a rejection of your claim and preclude you from receiving any recovery in connection with the Settlement of this Litigation.

To opt-out of the Settlement and preserve your claims related to the Litigation, you must send a signed letter by First-Class Mail saying that you want to be excluded from the Class in the following Litigation: *Jane Doe v. Bank of America, N.A.*, Case No. 1:25-cv-8520 (JSR). Be sure to include your name, address, telephone number. Your exclusion request must be postmarked by no later than **May 13, 2026** and sent to the Fund Administrator at:

Simone Lelchuk
Resolution Services LLC
c/o FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022

If you would like a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), or the Settlement Forms described herein, you may obtain these documents, as well as a copy of the Stipulation of Settlement (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.2026SurvivorsBankSettlementFund.com.

Inquiries should NOT be directed to Defendant, Defendant's Counsel, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for the Settlement Forms, may be made to

Class Counsel:
Sigrid McCawley
Andrew Villacastin
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Email: EpsteinBOASettlement@bsfllp.com

Brad Edwards
Brittany Henderson
EDWARDS HENDERSON PLLC
425 N Andrews Ave, STE 2
Fort Lauderdale, FL 33301
Telephone: (833) 780-0834

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A SIGNED LETTER VIA FIRST-CLASS MAIL TO OPT OUT OF THIS SETTLEMENT SUCH THAT IT IS **POSTMARKED BY MAY 13, 2026**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE CLASS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT SETTLEMENT FORMS.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY CLASS COUNSEL NOT TO EXCEED THIRTY PERCENT (30%) OF THE SETTLEMENT AMOUNT AND UNREIMBURSED COSTS AND EXPENSES, PLUS INTEREST EARNED ON BOTH AMOUNTS AT THE SAME RATE AS EARNED IN THE GLOBAL SETTLEMENT FUND. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND RECEIVED BY CLASS COUNSEL AND DEFENDANT'S COUNSEL **BY AUGUST 6, 2026** IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED:
APRIL 13, 2026

BY ORDER OF THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

[1] The Stipulation of Settlement can be viewed and/or obtained at www.2026SurvivorsBankSettlementFund.com.

# Exhibit A-5

# Facebook Ads, English                                   1

## Desktop Feed





## Facebook Ads, English                                        2

**Mobile Feed**





## Facebook Ads, English                                                    3

**Mobile Feed**





## Facebook Ads, English                                        4

**Mobile Stories**





## Instagram Ads, English                                      5

**Mobile Feed**





## Instagram Ads, English                                6

**Mobile Stories**

 

## Facebook Ads, French 7

### Desktop Feed





## Facebook Ads, French

**8**

**Mobile Feed**

 

## Facebook Ads, French                                      9

**Mobile Stories**





## Instagram Ads, French                                    10

**Mobile Feed**





## Instagram Ads, French                                     11

**Mobile Stories**




# Facebook Ads, Ukrainian                                          12

## Desktop Feed





## Facebook Ads, Ukrainian                                      13

**Mobile Feed**




## Facebook Ads, Ukrainian    14

**Mobile Stories**

 

## Instagram Ads, Ukrainian                                          15

**Mobile Feed**

 

## Instagram Ads, Ukrainian                                    16

**Mobile Stories**



