**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JANE DOE, individually and on behalf of
all others similarly situated,

    Plaintiff,

      v.

BANK OF AMERICA, N.A.,

    Defendant.

---

Case No. 25-cv-8520 (JSR)

**CLASS REPRESENTATIVE'S NOTICE OF UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND**
<u>**APPROVAL OF PLAN OF ALLOCATION**</u>

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declarations, and all prior pleadings and proceedings had herein, Class Representative Jane Doe, by and through her attorneys, hereby moves the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, for entry of the [Proposed] Order Granting Final Approval Pursuant to Fed. R. Civ. P. 23(e), agreed upon by all parties: (1) granting final approval of the proposed Settlement; and (2) approving the Plan of Allocation. Defendant does not oppose the motion.

Pursuant to the Court's April 3, 2026 Order, Class Representative's motion, memorandum of law, and supporting papers are timely filed by July 23, 2026. The deadline to file objections or opposition is August 6, 2026, and the deadline for Class Representative's reply is August 20, 2026. The Settlement Hearing will be held at 11 a.m. on August 27, 2026 in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York.

Dated: July 23, 2026

Respectfully submitted,

*/s/ David Boies*
David Boies
Andrew Villacastin
Rachael Schafer
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: rschafer@bsfllp.com

Sigrid S. McCawley
Daniel Crispino
Megan Nyman
Andrea Guzman
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com
Email: mnyman@bsfllp.com
Email: aguzman@bsfllp.com

Jessica Lim
Boies Schiller Flexner LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 995-5745
Email: jlim@bsfllp.com

Bradley J. Edwards
Brittany N. Henderson
Dean Kaire
Edwards Henderson
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com
Email: brittany@cvlf.com

2

Email: dean@cvlf.com

*Counsel for Plaintiff Jane Doe*