**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, N.A.,<br><br>   Defendant. | Case No. 25-cv-8520 (JSR) |

**DECLARATION OF BRADLEY J. EDWARDS IN SUPPORT OF MOTION FOR AN**
**AWARD OF ATTORNEYS' FEES**

I, Bradley J. Edwards, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am the Managing Partner of Edwards Henderson PLLC ("EH" or the "Firm"). I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2.      I am submitting this declaration in support of my Firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action (the "Litigation").

3.      EH is Class Counsel of record for the Class certified for settlement purposes and Class Representative Jane Doe ("Class Representative").

4.      EH has a strong record of successfully and diligently representing plaintiffs in complex class action litigation. Recent cases in which EH or its partners were lead or co-lead counsel include: *Bradberry v. Abercrombie & Fitch Co., et al.*, No. 1:23-cv- 9440 (S.D.N.Y); *Doe*

1

*1 v. JPMorgan Chase Bank, N.A.* (22-cv-10019-JSR) (S.D.N.Y.), in which the court granted final approval of a $290 million class action settlement in November 2023; *Doe 1 v. Deutsche Bank Atiengesellschaft, et al.* (22-cv-10018-JSR) (S.D.N.Y.), in which the Court granted final approval of a $75 million class action settlement in October 2023; and *Hirsch v. Jupiter Golf Club LLC*, 232 F. Supp. 3d 1243 (S.D. Fla. 2017).

5.      The information set forth in this Declaration concerning the time expended by EH is derived from the Firm's contemporaneous billing records and related documentation, which were created and maintained in the ordinary course of the Firm's business. As the partner primarily responsible for directing and supervising the day-to-day prosecution of this Litigation, I have personally reviewed those records, together with supporting materials where appropriate, in preparing this Declaration. Through that review, I verified the accuracy of the recorded time, evaluated whether the work performed was reasonably necessary to the prosecution of the Litigation, and assessed the reasonableness of the time devoted to each task. Based on my review and familiarity with this matter, it is my opinion that the hours included in the Firm's lodestar are reasonable, were necessarily incurred, and reflect the work required to prosecute and successfully resolve this Litigation.

6.      Accounting for the reductions referred to above, the number of hours spent on the Litigation by the Firm through June 30, 2026 is 3,483.34. The lodestar amount for attorney/paraprofessional time based on the Firm's 2026 rates is $3,589,579.00. A breakdown of the lodestar is provided below:

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Bradley Edwards | Partner | 903.04 | 1,600 | 1,444,864.00 |
| Brittany Henderson | Partner | 955.35 | 1,200 | 1,146,420.00 |

2

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Dean Kaire | Associate | 630.70 | 900 | 567,630.00 |
| Maria Kelljchian | Paralegal | 661.95 | 500 | 330,975.00 |
| Carolyn Edwards | Paralegal | 23.20 | 300 | 6,960.00 |
| Tracy Henderson | Paralegal | 46.8 | 300 | 14,040.00 |
| Lillian Pakzad | Law Clerk | 141.6 | 300 | 42,480.00 |
| Alex Taboas | Law Clerk | 120.7 | 300 | 36,210.00 |

7.      The hourly rates identified above reflect the Firm's standard billing rates in effect during 2026. Those rates are the same rates the Firm customarily charges its paying clients for comparable litigation matters in both state and federal courts. In establishing and periodically evaluating these rates, the Firm considers prevailing market rates charged by law firms handling similar complex litigation on behalf of both plaintiffs and defendants to ensure that its rates remain competitive and consistent with the market. The attorneys' fees pertaining to this case are reflected in the books and records of EH.  Class Counsel is prepared to make these records available in camera to the Court upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 23, 2026, at New York, New York.

*/s/ Bradley J. Edwards*
Bradley J. Edwards

3