**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 25-cv-8520 (JSR) |

**DECLARATION OF SIGRID S. MCCAWLEY IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES**

I, Sigrid S. McCawley, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Managing Partner of Boies Schiller Flexner LLP ("BSF" or the "Firm"). I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. I am submitting this declaration in support of my Firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action (the "Litigation").

3. BSF is Class Counsel of record for the Class certified for settlement purposes and Class Representative Jane Doe ("Class Representative").

4. BSF has a strong record of successfully and diligently representing plaintiffs in complex class action litigation. Recent cases in which BSF or its partners were lead or co-lead counsel include: *Doe 1 v. JPMorgan Chase Bank, N.A.* (22-cv-10019-JSR) (S.D.N.Y.), in which

the court granted final approval of a $290 million class action settlement in November 2023; *Doe 1 v. Deutsche Bank Atiengesellschaft, et al.* (22-cv-10018-JSR) (S.D.N.Y.), in which the court granted final approval of a $75 million class action settlement in October 2023; *Rodriguez et al. v. Google LLC et al.* (20-cv-04688-RS) (N.D. Cal.), in which BSF obtained a jury award of approximately $425.7 million in a data privacy and cybersecurity class action in September 2025; *In re Grupo Televisa Securities Litigation* (1:18-cv-01979-LLS) (S.D.N.Y.), in which the court granted final approval of a settlement in August 2023; *In re Blue Cross Blue Shield Antitrust Litigation* (2:13-cv-20000-AMM) (N.D. Ala.), an antitrust class action in which BSF achieved both what the court referred to as "historic" injunctive relief and a $2.7 billion award in a settlement that received final approval in 2022; *In re Takata Airbag Products Liability Litigation* (1:15-md-02599-FAM) (S.D. Fla.), in which the Firm obtained a recovery of more than $1.5 billion in a products liability class action; and *In re Halliburton Securities Litigation* (13-317) (U.S.), in which BSF won two appeals to the U.S. Supreme Court before achieving a $100 million recovery; and *Ward v. Indyke et al.* (1:24-cv-01204-AS) (S.D.N.Y.), an ongoing case where the court granted preliminary approval of an up to $35 million class settlement in March 2025.

5. The information in this declaration regarding BSF's time is taken from time and supporting documentation prepared and maintained by the Firm in the ordinary course of business. I am the partner who oversaw and conducted the day-to-day activities in the Litigation and I reviewed these reports (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time committed to the Litigation. As a result of this review, timekeepers who billed less than 15 hours were excluded from the Firm's lodestar calculations due to their nominal contributions to the

successful resolution of the Litigation. Based on this review, I believe that the time reflected in the Firm's lodestar calculation is reasonable and was necessary for the effective and efficient prosecution and resolution of the Litigation.

6. Accounting for the reductions referred to above, the number of hours spent on the Litigation by the Firm through June 30, 2026 is 8,867.10. The lodestar amount for attorney/paraprofessional time based on the Firm's 2026 rates is $9,137,928.00. A breakdown of the lodestar is provided below:

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| David Boies | Partner | 286.3 | 2,730 | 781,599.00 |
| Sigrid McCawley | Partner | 652.8 | 1,790 | 1,168,512.00 |
| Andrew Villacastin | Partner | 650.6 | 1,380 | 897,828.00 |
| Alexander Boies | Partner | 215.4 | 1,330 | 286,482.00 |
| Daniel Crispino | Partner | 956.0 | 1,150 | 1,099,400.00 |
| Andrea Guzman | Associate | 567.2 | 1,000 | 567,200.00 |
| Alexander Law | Associate | 74.9 | 1,000 | 74,900.00 |
| Jessica Lim | Associate | 384.3 | 1,000 | 384,300.00 |
| Megan Nyman | Associate | 465.3 | 1,000 | 465,300.00 |
| Rachael Schafer | Associate | 655.7 | 970 | 636,029.00 |
| Amber Stewart | Associate | 44.9 | 970 | 43,553.00 |
| Virginia Su | Associate | 52.9 | 970 | 51,313.00 |
| Max Hyams | Associate | 92.3 | 930 | 85,839.00 |
| Sara Murray | Associate | 41.9 | 930 | 38,967.00 |
| Naomi Hardin | Associate | 250.9 | 870 | 218,283.00 |
| Kate Kozain | Associate | 95.5 | 870 | 83,085.00 |

| Name | Position | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Theodore Waldron | Associate | 45.9 | 870 | 39,933.00 |
| Sarah Fahn | Associate | 21.6 | 840 | 18,144.00 |
| Jessica Farrell | Associate | 348.6 | 840 | 292,824.00 |
| Azza Khalifa | Associate | 546.9 | 840 | 459,396.00 |
| Signe Lee | Associate | 288.7 | 840 | 242,508.00 |
| Thomas M. McCawley | Staff Attorney | 321.4 | 650 | 208,910.00 |
| John Bannister | Staff Attorney | 31.0 | 570 | 17,670.00 |
| Anna Christian | Staff Attorney | 22.5 | 570 | 12,825.00 |
| Alexander Gruel | Staff Attorney | 126.4 | 570 | 72,048.00 |
| Sindi Hoxha | Staff Attorney | 124.5 | 570 | 70,965.00 |
| Amanda Hunter | Staff Attorney | 179.0 | 570 | 102,030.00 |
| Onchan Inkhamfong | Staff Attorney | 212.2 | 570 | 120,954.00 |
| Grace Reale | Staff Attorney | 384.4 | 570 | 219,108.00 |
| James Sliter | Staff Attorney | 272.9 | 570 | 155,553.00 |
| Ekong Takor | Staff Attorney | 85.8 | 570 | 48,906.00 |
| Shari Ginsberg | Administrative Staff | 36.9 | 500 | 18,450.00 |
| Leah Fields | Paralegal | 137.3 | 470 | 64,531.00 |
| Sarah Lissy | Paralegal | 125.1 | 470 | 58,797.00 |
| Christopher Arborn | Administrative Staff | 69.1 | 460 | 31,786.00 |

7. The hourly rates shown above are the Firm’s regular 2026 rates. These hourly

rates are consistent with the hourly rates the Firm bills to clients when litigating in state and federal courts during 2026. The Firm's rates are set based on periodic analysis of rates charged by firms performing comparable work on both the plaintiff side and defense side.

8. The attorneys' fees pertaining to this case are reflected in the books and records of BSF. BSF is prepared to make these records available in camera to the Court upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 23, 2026, at New York, New York.

/s/ *Sigrid S. McCawley*
Sigrid S. McCawley