**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 25-cv-8520 (JSR) |

## [PROPOSED] ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEYS' FEES

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Court awards Boies Schiller Flexner LLP ("BSF") and Edwards Henderson ("EH") attorneys' fees in the amount of 30% of the Settlement Amount, together with interest earned thereon for the same time period and at the same rate as that earned on the Qualified Settlement Fund until paid.

2. The fees, as awarded by the Court to BSF and EH, shall be paid to Class Counsel from the Qualified Settlement Fund.

**IT IS SO ORDERED.**

DATED: ________________

________________________________
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE