**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Jane Doe, individually and on behalf of all similarly situated, | **)** **)** **)** | |
| Plaintiff, | **)** **)** | Case No. 25-cv-8520 (JSR) |
| v. | **)** **)** | |
| Bank of America, N.A., | **)** **)** | |
| Defendant. | **)** **)** | |

**DECLARATION OF GRAHAM PENNY**
**REGARDING COMPLIANCE WITH 28 U.S.C. § 1715**

I, GRAHAM PENNY, declare as follows:

1.      I am over eighteen years old and have personal knowledge of the facts set forth in this Declaration.

2.      I employed as an Assistant Director at JND Legal Administration, LLC ("JND"). JND is a class action claims administration service provider headquartered in Seattle, Washington.

3.      JND was engaged by counsel for Defendant Bank of America, N.A. to effect notice of the proposed settlement in the above-captioned action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

4.      An exemplary copy of the notice of the proposed settlement prepared pursuant to 28 U.S.C. § 1715(b) (the "CAFA Notices") is attached hereto as **Exhibit A**.

5.      On April 6, 2026, JND mailed CAFA Notices to the Office of the Comptroller of the Currency, the Office of the U.S. Attorney General, the Consumer Financial Protection Bureau, and Offices of the Attorneys General of all fifty states, the District of Columbia, and U.S. Territories.  A full list of the recipients of the CAFA Notice can be found at Attachment A to Exhibit A.  All Notices were sent via Federal Express except for the Notices to the Attorneys General for

1

Wisconsin, American Samoa, and the Marshall Islands, which were sent via USPS Priority Mail Express.

6.    Enclosed with each mailed CAFA Notice was a CD, which contained (1) the original complaint (filed October 15, 2025) and the amended complaint (filed December 29, 2025), (2) the Court's Preliminary Approval Order; (3) the proposed forms of direct and publication notice to class members, and (4) the parties' proposed class action settlement agreement.  The CAFA Notice explained that additional pleadings filed in the above-captioned Action are publicly available on the Internet through the federal government's Pacer service, and provided a link to the same.

7.    JND subsequently confirmed that each of the 63 CAFA Notices was delivered to its intended recipient.  As of the date of this Declaration, JND has not received any inquiries or objections from any State or Federal officials.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 6th day of August, 2026.

By: _____

GRAHAM D. PENNY

2