UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
JANE DOE, individually and on behalf :
of all others similarly situated,    :
                                     :
        Plaintiff,                   :
                                     :
        V.                           :
                                     :
BANK OF AMERICA, N.A.,               :
                                     :
        Defendant.                   :
------------------------------------x
```

                    ORDER


                    25-cv-8520 (JSR)

JED S. RAKOFF, U.S.D.J.:

        The Court has received the timely objections of counsel for three Jane Doe class members (the "Objectors") to the proposed class action settlement, as well as their counsel's request to appear at the Settlement Hearing on August 27, 2026. The parties to the proposed settlement are reminded that, pursuant to the Court's Order of April 3, 2026, written responses to timely objections must be filed by August 20, 2026. Because the Court's April 3 Order does not provide Objectors with an opportunity to file a written reply to any such response, the Court grants Objectors' request for their counsel appear and briefly be heard at the August 27 Hearing.


        SO ORDERED.

        New York, New York
        August 11 , 2026

                    JED S. RAKOFF, U.S.D.J.